**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. **18-CV-1281**

VERONICA OQUENDO; WOL SMITH; MICHAEL SMITH; JOAN RUSHAY; THOMAS LARSEN; ROSA TAYLOR; STENETHA HALL; ROSE BEAM; TODD GENSMER; JUSTIN WEATHERS; PAUL BENNIE; DAVID SANDAGER; AMY SANDAGER; WALTER MCGREW; CLINTON WALTER; SHANNON WALTER; MATTHEW WHITTAKER; EDWARD WHITTAKER; PHILLIP HOWE; JANIDA ROSADO; CAROLINE GALLEGOS; MATTHIAS BLACK; LEWIS GARNETT; SUSAN SMITH; JULIA KUHN; RICHARD FLORES; SHELLY SNETHEN; AMY DAGUE; ROSE MACHUCA; EILEEN HOUSE; CASHMYIR SCOTT; MICHELLE GONZALEZ; RHONDA ALVARADO; DONNA VAN HOOSE; STUART HEARN; AUGUSTA JORDAN; DONNA HEARN; ALONZO ABEYTA; JOSEPH DAUGHERTY; CAROLANN VIGIL; LISA SCHMIDT; NICOLE PAINE; MICHELLE SWINTON; TRUDY TAGSTROM; AMELIA RUBIO; HARNEK SAHOTA; CAROL PUTZI; REBECCA BARNES; RICHARD COOK; FITZ BANNISTER; MARY MAHON; TIMOTHY MAHON; BONNIE LARSCHEID; KATHY MAXIMENKO; DEBORAH MCCARTY; DAVID MCCARTY; MICHAEL CHILDERS; LINDA JONES; DANA BRIGHT; BRANDON HERRERA; RONALD WILSON; JOHN BELL; MYRNA PEREZ; PATRICIA GLACKEN; CYNTHIA GILDER, INDIVIDUALLY AND AS PARENT AND NATURAL GUARDIAN OF M.G.1, M.G.2, AND M.G.3, MINOR CHILDREN; MARY

STATON; MICHAEL STATON; ANGELA POLK, INDIVIDUALLY AND AS PARENT AND NATURAL GUARDIAN OF A.P., R.P., M.P., AND H.P., MINOR CHILDREN; VALENTINA WOLFKILL; JOHN CUELLAR; LESLIE PEREZ, INDIVIDUALLY AND AS PARENT AND NATURAL GUARDIAN OF T.G., MINOR CHILD; ANALISA WHITTAKER; JAMES COOK; DEBRA ANN PERRICONE; ROBERT WEEDMAN; MONIQUE BABERS; TRACY BABERS; LIONEL MARTINEZ; GERALDINE MARTINEZ; DANIEL PETERSON; SHIRLEY PETERSON; CHIQUITA STEWART; NICHOLAS VILLEGAS; GINGER CORDOVA; ANGELINA JARAMILLO; ALICIA CHAVEZ; DANIELLE WOJTOWICZ; MICHAEL WOOD; DORA SANTILLANES; CASSANDRA ELLIS; JACOB ELLIS; JACOB JUAREZ; BENJAMIN DEIS; MIGUEL CANTU; DONNA PRICE; ARGENTINA PEREZ; CHARLES WESLEY PEOPLES; CORRIE/CORNELIA STUDDARD; BRENNAN RILEY; RACHAEL WATERS; ELZENA HARRIS; MAURICE HARRIS; SUNSHYNE POWELL, INDIVIDUALLY AND AS PARENT AND NATURAL GUARDIAN OF K.P., MINOR CHILD; WENDELL BURNETT; DORIS GUILIANI; KEITH ORCUTT; OSCAR CARRERA; TABITHA STARKS; LENYON STARKS; RITA MACHIN; CARLOS MACHIN; DOROTHY WETZEL; SHERRY HUNTER, INDIVIDUALLY AND AS PARENT AND NATURAL GUARDIAN OF B.H., MINOR CHILD; ROBERT FORD; BOBBY WINFIELD; VIVIAN WINFIELD; BRANDON WARD; ANTOINEE BENJAMIN, INDIVIDUALLY AND AS PARENT AND NATURAL GUARDIAN OF A.B.1. , AND

A.B.2 MINOR CHILDREN; MONIQUE BORRERO-RIVERA; ARNALDO BORRERO-RIVERA; DAWN HUSTON; ANDREW WOOD; KIMBERLEY WILSON; JANIE IVES; JAMES WASHINGTON; SHERA GOTTLOB; DELORES STROH; KAYLA DOUGHTY; IRA BLOODWORTH; GAMAL LAWRENCE; JOAN MARIE NICHOLS; HEATHER GORMAN; SAMANTHA STAPLETON; SABINE STAPLETON; RITA JEFFRIES; TINA GLUNT; JAMES GLUNT; RITA LANDERS; GENE WILSON; JANE CHADIMA; CHARLINE LOEWENSTEIN; SHERRY QUINLIVAN; CHASTITY BUNN; GUADALUPE VERA; JUANITA USEMAN; BILLIE FRANKLAND; BOBBY BERRY; KELLEY CONNERS; KEVIN CONNERS; DAVID JOHNS; THEODORE JOHNSON; BECKY STEEVES; ALINA MATHEWS, INDIVIDUALLY AND AS PARENT AND NATURAL GUARDIAN OF E.W., AND F.W., MINOR CHILDREN; TRAPPER MATHEWS; SHANNON ANTHONY; BILLY ANTHONY; DARREN HUNT; DARREN BROWN; KELLY DUNCAN-MARCUM; MARIE CLARK; BEVERLY BROWN; ERIN HUTCHINSON, INDIVIDUALLY AND AS PARENT AND NATURAL GUARDIAN OF J.H., MINOR CHILD; MICHELLE GREENLEE; ARTHUR GREEN; KIMBERLY AUSTIN, INDIVIDUALLY AND AS PARENT AND NATURAL GUARDIAN OF J.A., MINOR CHILD; DEBRA BRESCIANI; JAMES ANDREWS; SCOTT ST.ONGE; ROBERT DEWITT; CAROLE GREEN; AND KEVIN DAIGLE,

*Plaintiffs*,
v.

THE 3M COMPANY, f/k/a Minnesota Mining and Manufacturing, Co.; TYCO FIRE PRODUCTS, L.P., successor in interest to THE ANSUL COMPANY; BUCKEYE FIRE EQUIPMENT CO.; CHEMGUARD; NATIONAL FOAM, INC.; KIDDE FIRE FIGHTING, INC., f/k/a CHUBB NATIONAL FOAM, INC., f/k/a NATIONAL FOAM, INC., individually and as successor in interest to NATIONAL FOAM, INC.; KIDDE PLC, INC., f/k/a WILLIAMS US INC., f/k/a WILLIAMS HOLDINGS, INC., individually and as successor in interest to NATIONAL FOAM, INC.; KIDDE-FENWAL, INC., individually and as successor in interest to NATIONAL FOAM, INC.; and UTC FIRE & SECURITY AMERICAS CORPORATION, INC., f/k/a GE INTERLOGIX, INC., individually and as successor in interest to NATIONAL FOAM, INC.;

*Defendants.*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Chemguard
One Stanton Street
Marinette, Wisconsin 54143

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Hunter Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Hunter@NapoliLaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                           CLERK OF THE COURT

Date:_____       _____

                                                                                           *Signature of Clerk or Deputy Clerk*