# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. **18-CV-1281**

VERONICA OQUENDO; WOL SMITH;
MICHAEL SMITH; JOAN RUSHAY;
THOMAS LARSEN; ROSA TAYLOR;
STENETHA HALL; ROSE BEAM; TODD
GENSMER; JUSTIN WEATHERS; PAUL
BENNIE; DAVID SANDAGER; AMY
SANDAGER; WALTER MCGREW;
CLINTON WALTER; SHANNON WALTER;
MATTHEW WHITTAKER; EDWARD
WHITTAKER; PHILLIP HOWE; JANIDA
ROSADO; CAROLINE GALLEGOS;
MATTHIAS BLACK; LEWIS GARNETT;
SUSAN SMITH; JULIA KUHN; RICHARD
FLORES; SHELLY SNETHEN; AMY
DAGUE; ROSE MACHUCA; EILEEN
HOUSE; CASHMYIR SCOTT; MICHELLE
GONZALEZ; RHONDA ALVARADO;
DONNA VAN HOOSE; STUART HEARN;
AUGUSTA JORDAN; DONNA HEARN;
ALONZO ABEYTA; JOSEPH DAUGHERTY;
CAROLANN VIGIL; LISA SCHMIDT;
NICOLE PAINE; MICHELLE SWINTON;
TRUDY TAGSTROM; AMELIA RUBIO;
HARNEK SAHOTA; CAROL PUTZI;
REBECCA BARNES; RICHARD COOK;
FITZ BANNISTER; MARY MAHON;
TIMOTHY MAHON; BONNIE LARSCHEID;
KATHY MAXIMENKO; DEBORAH
MCCARTY; DAVID MCCARTY; MICHAEL
CHILDERS; LINDA JONES; DANA
BRIGHT; BRANDON HERRERA; RONALD
WILSON; JOHN BELL; MYRNA PEREZ;
PATRICIA GLACKEN; CYNTHIA GILDER,
INDIVIDUALLY AND AS PARENT AND
NATURAL GUARDIAN OF M.G.1, M.G.2,
AND M.G.3, MINOR CHILDREN; MARY

STATON; MICHAEL STATON; ANGELA
POLK, INDIVIDUALLY AND AS PARENT
AND NATURAL GUARDIAN OF A.P., R.P.,
M.P., AND H.P., MINOR CHILDREN;
VALENTINA WOLFKILL; JOHN CUELLAR;
LESLIE PEREZ, INDIVIDUALLY AND AS
PARENT AND NATURAL GUARDIAN OF
T.G., MINOR CHILD; ANALISA
WHITTAKER; JAMES COOK; DEBRA ANN
PERRICONE; ROBERT WEEDMAN;
MONIQUE BABERS; TRACY BABERS;
LIONEL MARTINEZ; GERALDINE
MARTINEZ; DANIEL PETERSON;
SHIRLEY PETERSON; CHIQUITA
STEWART; NICHOLAS VILLEGAS;
GINGER CORDOVA; ANGELINA
JARAMILLO; ALICIA CHAVEZ; DANIELLE
WOJTOWICZ; MICHAEL WOOD; DORA
SANTILLANES; CASSANDRA ELLIS;
JACOB ELLIS; JACOB JUAREZ; BENJAMIN
DEIS; MIGUEL CANTU; DONNA PRICE;
ARGENTINA PEREZ; CHARLES WESLEY
PEOPLES; CORRIE/CORNELIA
STUDDARD; BRENNAN RILEY; RACHAEL
WATERS; ELZENA HARRIS; MAURICE
HARRIS; SUNSHYNE POWELL,
INDIVIDUALLY AND AS PARENT AND
NATURAL GUARDIAN OF K.P., MINOR
CHILD; WENDELL BURNETT; DORIS
GUILIANI; KEITH ORCUTT; OSCAR
CARRERA; TABITHA STARKS; LENYON
STARKS; RITA MACHIN; CARLOS
MACHIN; DOROTHY WETZEL; SHERRY
HUNTER, INDIVIDUALLY AND AS
PARENT AND NATURAL GUARDIAN OF
B.H., MINOR CHILD; ROBERT FORD;
BOBBY WINFIELD; VIVIAN WINFIELD;
BRANDON WARD; ANTOINEE BENJAMIN,
INDIVIDUALLY AND AS PARENT AND
NATURAL GUARDIAN OF A.B.1. , AND

A.B.2 MINOR CHILDREN; MONIQUE
BORRERO-RIVERA; ARNALDO
BORRERO-RIVERA; DAWN HUSTON;
ANDREW WOOD; KIMBERLEY WILSON;
JANIE IVES; JAMES WASHINGTON;
SHERA GOTTLOB; DELORES STROH;
KAYLA DOUGHTY; IRA BLOODWORTH;
GAMAL LAWRENCE; JOAN MARIE
NICHOLS; HEATHER GORMAN;
SAMANTHA STAPLETON; SABINE
STAPLETON; RITA JEFFRIES; TINA
GLUNT; JAMES GLUNT; RITA LANDERS;
GENE WILSON; JANE CHADIMA;
CHARLINE LOEWENSTEIN; SHERRY
QUINLIVAN; CHASTITY BUNN;
GUADALUPE VERA; JUANITA USEMAN;
BILLIE FRANKLAND; BOBBY BERRY;
KELLEY CONNERS; KEVIN CONNERS;
DAVID JOHNS; THEODORE JOHNSON;
BECKY STEEVES; ALINA MATHEWS,
INDIVIDUALLY AND AS PARENT AND
NATURAL GUARDIAN OF E.W., AND F.W.,
MINOR CHILDREN; TRAPPER MATHEWS;
SHANNON ANTHONY; BILLY ANTHONY;
DARREN HUNT; DARREN BROWN;
KELLY DUNCAN-MARCUM; MARIE
CLARK; BEVERLY BROWN; ERIN
HUTCHINSON, INDIVIDUALLY AND AS
PARENT AND NATURAL GUARDIAN OF
J.H., MINOR CHILD; MICHELLE
GREENLEE; ARTHUR GREEN; KIMBERLY
AUSTIN, INDIVIDUALLY AND AS
PARENT AND NATURAL GUARDIAN OF
J.A., MINOR CHILD; DEBRA BRESCIANI;
JAMES ANDREWS; SCOTT ST.ONGE;
ROBERT DEWITT; CAROLE GREEN; AND
KEVIN DAIGLE,

*Plaintiffs*,
v.

THE 3M COMPANY, f/k/a Minnesota Mining
and Manufacturing, Co.; TYCO FIRE
PRODUCTS, L.P., successor in interest to THE
ANSUL COMPANY; BUCKEYE FIRE
EQUIPMENT CO.; CHEMGUARD;
NATIONAL FOAM, INC.; KIDDE FIRE
FIGHTING, INC., f/k/a CHUBB NATIONAL
FOAM, INC., f/k/a NATIONAL FOAM, INC.,
individually and as successor in interest to
NATIONAL FOAM, INC.; KIDDE PLC, INC.,
f/k/a WILLIAMS US INC., f/k/a WILLIAMS
HOLDINGS, INC., individually and as
successor in interest to NATIONAL FOAM,
INC.; KIDDE-FENWAL, INC., individually
and as successor in interest to NATIONAL
FOAM, INC.; and UTC FIRE & SECURITY
AMERICAS CORPORATION, INC., f/k/a GE
INTERLOGIX, INC., individually and as
successor in interest to NATIONAL FOAM,
INC.;

*Defendants.*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     The 3M Company, f/k/a Minnesota Mining and
                                         Manufacturing, Co.
                                         c/o The Corporation Company
                                         7700 East Arapahoe Road, Suite 220
                                         Centennial, CO 80112-1268

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received
it) — or 60 days if you are the United States or a United States agency, or an officer or employee
of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the
plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of
Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:     Hunter Shkolnik
                                Napoli Shkolnik PLLC
                                360 Lexington Avenue, 11th Floor
                                New York, NY 10017
                                Hunter@NapoliLaw.com

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF THE COURT*

Date:  06/25/2018

   s/A. Thomas, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. **18-CV-1281**

VERONICA OQUENDO; WOL SMITH;
MICHAEL SMITH; JOAN RUSHAY;
THOMAS LARSEN; ROSA TAYLOR;
STENETHA HALL; ROSE BEAM; TODD
GENSMER; JUSTIN WEATHERS; PAUL
BENNIE; DAVID SANDAGER; AMY
SANDAGER; WALTER MCGREW;
CLINTON WALTER; SHANNON WALTER;
MATTHEW WHITTAKER; EDWARD
WHITTAKER; PHILLIP HOWE; JANIDA
ROSADO; CAROLINE GALLEGOS;
MATTHIAS BLACK; LEWIS GARNETT;
SUSAN SMITH; JULIA KUHN; RICHARD
FLORES; SHELLY SNETHEN; AMY
DAGUE; ROSE MACHUCA; EILEEN
HOUSE; CASHMYIR SCOTT; MICHELLE
GONZALEZ; RHONDA ALVARADO;
DONNA VAN HOOSE; STUART HEARN;
AUGUSTA JORDAN; DONNA HEARN;
ALONZO ABEYTA; JOSEPH DAUGHERTY;
CAROLANN VIGIL; LISA SCHMIDT;
NICOLE PAINE; MICHELLE SWINTON;
TRUDY TAGSTROM; AMELIA RUBIO;
HARNEK SAHOTA; CAROL PUTZI;
REBECCA BARNES; RICHARD COOK;
FITZ BANNISTER; MARY MAHON;
TIMOTHY MAHON; BONNIE LARSCHEID;
KATHY MAXIMENKO; DEBORAH
MCCARTY; DAVID MCCARTY; MICHAEL
CHILDERS; LINDA JONES; DANA
BRIGHT; BRANDON HERRERA; RONALD
WILSON; JOHN BELL; MYRNA PEREZ;
PATRICIA GLACKEN; CYNTHIA GILDER,
INDIVIDUALLY AND AS PARENT AND
NATURAL GUARDIAN OF M.G.1, M.G.2,
AND M.G.3, MINOR CHILDREN; MARY

STATON; MICHAEL STATON; ANGELA
POLK, INDIVIDUALLY AND AS PARENT
AND NATURAL GUARDIAN OF A.P., R.P.,
M.P., AND H.P., MINOR CHILDREN;
VALENTINA WOLFKILL; JOHN CUELLAR;
LESLIE PEREZ, INDIVIDUALLY AND AS
PARENT AND NATURAL GUARDIAN OF
T.G., MINOR CHILD; ANALISA
WHITTAKER; JAMES COOK; DEBRA ANN
PERRICONE; ROBERT WEEDMAN;
MONIQUE BABERS; TRACY BABERS;
LIONEL MARTINEZ; GERALDINE
MARTINEZ; DANIEL PETERSON;
SHIRLEY PETERSON; CHIQUITA
STEWART; NICHOLAS VILLEGAS;
GINGER CORDOVA; ANGELINA
JARAMILLO; ALICIA CHAVEZ; DANIELLE
WOJTOWICZ; MICHAEL WOOD; DORA
SANTILLANES; CASSANDRA ELLIS;
JACOB ELLIS; JACOB JUAREZ; BENJAMIN
DEIS; MIGUEL CANTU; DONNA PRICE;
ARGENTINA PEREZ; CHARLES WESLEY
PEOPLES; CORRIE/CORNELIA
STUDDARD; BRENNAN RILEY; RACHAEL
WATERS; ELZENA HARRIS; MAURICE
HARRIS; SUNSHYNE POWELL,
INDIVIDUALLY AND AS PARENT AND
NATURAL GUARDIAN OF K.P., MINOR
CHILD; WENDELL BURNETT; DORIS
GUILIANI; KEITH ORCUTT; OSCAR
CARRERA; TABITHA STARKS; LENYON
STARKS; RITA MACHIN; CARLOS
MACHIN; DOROTHY WETZEL; SHERRY
HUNTER, INDIVIDUALLY AND AS
PARENT AND NATURAL GUARDIAN OF
B.H., MINOR CHILD; ROBERT FORD;
BOBBY WINFIELD; VIVIAN WINFIELD;
BRANDON WARD; ANTOINEE BENJAMIN,
INDIVIDUALLY AND AS PARENT AND
NATURAL GUARDIAN OF A.B.1. , AND

A.B.2 MINOR CHILDREN; MONIQUE
BORRERO-RIVERA; ARNALDO
BORRERO-RIVERA; DAWN HUSTON;
ANDREW WOOD; KIMBERLEY WILSON;
JANIE IVES; JAMES WASHINGTON;
SHERA GOTTLOB; DELORES STROH;
KAYLA DOUGHTY; IRA BLOODWORTH;
GAMAL LAWRENCE; JOAN MARIE
NICHOLS; HEATHER GORMAN;
SAMANTHA STAPLETON; SABINE
STAPLETON; RITA JEFFRIES; TINA
GLUNT; JAMES GLUNT; RITA LANDERS;
GENE WILSON; JANE CHADIMA;
CHARLINE LOEWENSTEIN; SHERRY
QUINLIVAN; CHASTITY BUNN;
GUADALUPE VERA; JUANITA USEMAN;
BILLIE FRANKLAND; BOBBY BERRY;
KELLEY CONNERS; KEVIN CONNERS;
DAVID JOHNS; THEODORE JOHNSON;
BECKY STEEVES; ALINA MATHEWS,
INDIVIDUALLY AND AS PARENT AND
NATURAL GUARDIAN OF E.W., AND F.W.,
MINOR CHILDREN; TRAPPER MATHEWS;
SHANNON ANTHONY; BILLY ANTHONY;
DARREN HUNT; DARREN BROWN;
KELLY DUNCAN-MARCUM; MARIE
CLARK; BEVERLY BROWN; ERIN
HUTCHINSON, INDIVIDUALLY AND AS
PARENT AND NATURAL GUARDIAN OF
J.H., MINOR CHILD; MICHELLE
GREENLEE; ARTHUR GREEN; KIMBERLY
AUSTIN, INDIVIDUALLY AND AS
PARENT AND NATURAL GUARDIAN OF
J.A., MINOR CHILD; DEBRA BRESCIANI;
JAMES ANDREWS; SCOTT ST.ONGE;
ROBERT DEWITT; CAROLE GREEN; AND
KEVIN DAIGLE,

*Plaintiffs*,
v.

THE 3M COMPANY, f/k/a Minnesota Mining
and Manufacturing, Co.; TYCO FIRE
PRODUCTS, L.P., successor in interest to THE
ANSUL COMPANY; BUCKEYE FIRE
EQUIPMENT CO.; CHEMGUARD;
NATIONAL FOAM, INC.; KIDDE FIRE
FIGHTING, INC., f/k/a CHUBB NATIONAL
FOAM, INC., f/k/a NATIONAL FOAM, INC.,
individually and as successor in interest to
NATIONAL FOAM, INC.; KIDDE PLC, INC.,
f/k/a WILLIAMS US INC., f/k/a WILLIAMS
HOLDINGS, INC., individually and as
successor in interest to NATIONAL FOAM,
INC.; KIDDE-FENWAL, INC., individually
and as successor in interest to NATIONAL
FOAM, INC.; and UTC FIRE & SECURITY
AMERICAS CORPORATION, INC., f/k/a GE
INTERLOGIX, INC., individually and as
successor in interest to NATIONAL FOAM,
INC.;

*Defendants.*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*      Buckeye Fire Equipment Co.
                                                         110 Kings Road
                                                         Mountain, North Carolina 28086

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      Hunter Shkolnik
                                                         Napoli Shkolnik PLLC
                                                         360 Lexington Avenue, 11th Floor
                                                         New York, NY 10017
                                                         Hunter@NapoliLaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF THE COURT

Date:  06/25/2018

s/A. Thomas, Deputy Clerk

*Signature of Clerk or Deputy Clerk*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. **18-CV-1281**

VERONICA OQUENDO; WOL SMITH;
MICHAEL SMITH; JOAN RUSHAY;
THOMAS LARSEN; ROSA TAYLOR;
STENETHA HALL; ROSE BEAM; TODD
GENSMER; JUSTIN WEATHERS; PAUL
BENNIE; DAVID SANDAGER; AMY
SANDAGER; WALTER MCGREW;
CLINTON WALTER; SHANNON WALTER;
MATTHEW WHITTAKER; EDWARD
WHITTAKER; PHILLIP HOWE; JANIDA
ROSADO; CAROLINE GALLEGOS;
MATTHIAS BLACK; LEWIS GARNETT;
SUSAN SMITH; JULIA KUHN; RICHARD
FLORES; SHELLY SNETHEN; AMY
DAGUE; ROSE MACHUCA; EILEEN
HOUSE; CASHMYIR SCOTT; MICHELLE
GONZALEZ; RHONDA ALVARADO;
DONNA VAN HOOSE; STUART HEARN;
AUGUSTA JORDAN; DONNA HEARN;
ALONZO ABEYTA; JOSEPH DAUGHERTY;
CAROLANN VIGIL; LISA SCHMIDT;
NICOLE PAINE; MICHELLE SWINTON;
TRUDY TAGSTROM; AMELIA RUBIO;
HARNEK SAHOTA; CAROL PUTZI;
REBECCA BARNES; RICHARD COOK;
FITZ BANNISTER; MARY MAHON;
TIMOTHY MAHON; BONNIE LARSCHEID;
KATHY MAXIMENKO; DEBORAH
MCCARTY; DAVID MCCARTY; MICHAEL
CHILDERS; LINDA JONES; DANA
BRIGHT; BRANDON HERRERA; RONALD
WILSON; JOHN BELL; MYRNA PEREZ;
PATRICIA GLACKEN; CYNTHIA GILDER,
INDIVIDUALLY AND AS PARENT AND
NATURAL GUARDIAN OF M.G.1, M.G.2,
AND M.G.3, MINOR CHILDREN; MARY

STATON; MICHAEL STATON; ANGELA
POLK, INDIVIDUALLY AND AS PARENT
AND NATURAL GUARDIAN OF A.P., R.P.,
M.P., AND H.P., MINOR CHILDREN;
VALENTINA WOLFKILL; JOHN CUELLAR;
LESLIE PEREZ, INDIVIDUALLY AND AS
PARENT AND NATURAL GUARDIAN OF
T.G., MINOR CHILD; ANALISA
WHITTAKER; JAMES COOK; DEBRA ANN
PERRICONE; ROBERT WEEDMAN;
MONIQUE BABERS; TRACY BABERS;
LIONEL MARTINEZ; GERALDINE
MARTINEZ; DANIEL PETERSON;
SHIRLEY PETERSON; CHIQUITA
STEWART; NICHOLAS VILLEGAS;
GINGER CORDOVA; ANGELINA
JARAMILLO; ALICIA CHAVEZ; DANIELLE
WOJTOWICZ; MICHAEL WOOD; DORA
SANTILLANES; CASSANDRA ELLIS;
JACOB ELLIS; JACOB JUAREZ; BENJAMIN
DEIS; MIGUEL CANTU; DONNA PRICE;
ARGENTINA PEREZ; CHARLES WESLEY
PEOPLES; CORRIE/CORNELIA
STUDDARD; BRENNAN RILEY; RACHAEL
WATERS; ELZENA HARRIS; MAURICE
HARRIS; SUNSHYNE POWELL,
INDIVIDUALLY AND AS PARENT AND
NATURAL GUARDIAN OF K.P., MINOR
CHILD; WENDELL BURNETT; DORIS
GUILIANI; KEITH ORCUTT; OSCAR
CARRERA; TABITHA STARKS; LENYON
STARKS; RITA MACHIN; CARLOS
MACHIN; DOROTHY WETZEL; SHERRY
HUNTER, INDIVIDUALLY AND AS
PARENT AND NATURAL GUARDIAN OF
B.H., MINOR CHILD; ROBERT FORD;
BOBBY WINFIELD; VIVIAN WINFIELD;
BRANDON WARD; ANTOINEE BENJAMIN,
INDIVIDUALLY AND AS PARENT AND
NATURAL GUARDIAN OF A.B.1. , AND

A.B.2 MINOR CHILDREN; MONIQUE
BORRERO-RIVERA; ARNALDO
BORRERO-RIVERA; DAWN HUSTON;
ANDREW WOOD; KIMBERLEY WILSON;
JANIE IVES; JAMES WASHINGTON;
SHERA GOTTLOB; DELORES STROH;
KAYLA DOUGHTY; IRA BLOODWORTH;
GAMAL LAWRENCE; JOAN MARIE
NICHOLS; HEATHER GORMAN;
SAMANTHA STAPLETON; SABINE
STAPLETON; RITA JEFFRIES; TINA
GLUNT; JAMES GLUNT; RITA LANDERS;
GENE WILSON; JANE CHADIMA;
CHARLINE LOEWENSTEIN; SHERRY
QUINLIVAN; CHASTITY BUNN;
GUADALUPE VERA; JUANITA USEMAN;
BILLIE FRANKLAND; BOBBY BERRY;
KELLEY CONNERS; KEVIN CONNERS;
DAVID JOHNS; THEODORE JOHNSON;
BECKY STEEVES; ALINA MATHEWS,
INDIVIDUALLY AND AS PARENT AND
NATURAL GUARDIAN OF E.W., AND F.W.,
MINOR CHILDREN; TRAPPER MATHEWS;
SHANNON ANTHONY; BILLY ANTHONY;
DARREN HUNT; DARREN BROWN;
KELLY DUNCAN-MARCUM; MARIE
CLARK; BEVERLY BROWN; ERIN
HUTCHINSON, INDIVIDUALLY AND AS
PARENT AND NATURAL GUARDIAN OF
J.H., MINOR CHILD; MICHELLE
GREENLEE; ARTHUR GREEN; KIMBERLY
AUSTIN, INDIVIDUALLY AND AS
PARENT AND NATURAL GUARDIAN OF
J.A., MINOR CHILD; DEBRA BRESCIANI;
JAMES ANDREWS; SCOTT ST.ONGE;
ROBERT DEWITT; CAROLE GREEN; AND
KEVIN DAIGLE,

*Plaintiffs*,
v.

THE 3M COMPANY, f/k/a Minnesota Mining
and Manufacturing, Co.; TYCO FIRE
PRODUCTS, L.P., successor in interest to THE
ANSUL COMPANY; BUCKEYE FIRE
EQUIPMENT CO.; CHEMGUARD;
NATIONAL FOAM, INC.; KIDDE FIRE
FIGHTING, INC., f/k/a CHUBB NATIONAL
FOAM, INC., f/k/a NATIONAL FOAM, INC.,
individually and as successor in interest to
NATIONAL FOAM, INC.; KIDDE PLC, INC.,
f/k/a WILLIAMS US INC., f/k/a WILLIAMS
HOLDINGS, INC., individually and as
successor in interest to NATIONAL FOAM,
INC.; KIDDE-FENWAL, INC., individually
and as successor in interest to NATIONAL
FOAM, INC.; and UTC FIRE & SECURITY
AMERICAS CORPORATION, INC., f/k/a GE
INTERLOGIX, INC., individually and as
successor in interest to NATIONAL FOAM,
INC.;

*Defendants.*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Chemguard
                                         One Stanton Street
                                         Marinette, Wisconsin 54143

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Hunter Shkolnik
                                         Napoli Shkolnik PLLC
                                         360 Lexington Avenue, 11th Floor
                                         New York, NY 10017
                                         Hunter@NapoliLaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF THE COURT

Date:  06/25/2018

s/A. Thomas, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. **18-CV-1281**

VERONICA OQUENDO; WOL SMITH;
MICHAEL SMITH; JOAN RUSHAY;
THOMAS LARSEN; ROSA TAYLOR;
STENETHA HALL; ROSE BEAM; TODD
GENSMER; JUSTIN WEATHERS; PAUL
BENNIE; DAVID SANDAGER; AMY
SANDAGER; WALTER MCGREW;
CLINTON WALTER; SHANNON WALTER;
MATTHEW WHITTAKER; EDWARD
WHITTAKER; PHILLIP HOWE; JANIDA
ROSADO; CAROLINE GALLEGOS;
MATTHIAS BLACK; LEWIS GARNETT;
SUSAN SMITH; JULIA KUHN; RICHARD
FLORES; SHELLY SNETHEN; AMY
DAGUE; ROSE MACHUCA; EILEEN
HOUSE; CASHMYIR SCOTT; MICHELLE
GONZALEZ; RHONDA ALVARADO;
DONNA VAN HOOSE; STUART HEARN;
AUGUSTA JORDAN; DONNA HEARN;
ALONZO ABEYTA; JOSEPH DAUGHERTY;
CAROLANN VIGIL; LISA SCHMIDT;
NICOLE PAINE; MICHELLE SWINTON;
TRUDY TAGSTROM; AMELIA RUBIO;
HARNEK SAHOTA; CAROL PUTZI;
REBECCA BARNES; RICHARD COOK;
FITZ BANNISTER; MARY MAHON;
TIMOTHY MAHON; BONNIE LARSCHEID;
KATHY MAXIMENKO; DEBORAH
MCCARTY; DAVID MCCARTY; MICHAEL
CHILDERS; LINDA JONES; DANA
BRIGHT; BRANDON HERRERA; RONALD
WILSON; JOHN BELL; MYRNA PEREZ;
PATRICIA GLACKEN; CYNTHIA GILDER,
INDIVIDUALLY AND AS PARENT AND
NATURAL GUARDIAN OF M.G.1, M.G.2,
AND M.G.3, MINOR CHILDREN; MARY

STATON; MICHAEL STATON; ANGELA
POLK, INDIVIDUALLY AND AS PARENT
AND NATURAL GUARDIAN OF A.P., R.P.,
M.P., AND H.P., MINOR CHILDREN;
VALENTINA WOLFKILL; JOHN CUELLAR;
LESLIE PEREZ, INDIVIDUALLY AND AS
PARENT AND NATURAL GUARDIAN OF
T.G., MINOR CHILD; ANALISA
WHITTAKER; JAMES COOK; DEBRA ANN
PERRICONE; ROBERT WEEDMAN;
MONIQUE BABERS; TRACY BABERS;
LIONEL MARTINEZ; GERALDINE
MARTINEZ; DANIEL PETERSON;
SHIRLEY PETERSON; CHIQUITA
STEWART; NICHOLAS VILLEGAS;
GINGER CORDOVA; ANGELINA
JARAMILLO; ALICIA CHAVEZ; DANIELLE
WOJTOWICZ; MICHAEL WOOD; DORA
SANTILLANES; CASSANDRA ELLIS;
JACOB ELLIS; JACOB JUAREZ; BENJAMIN
DEIS; MIGUEL CANTU; DONNA PRICE;
ARGENTINA PEREZ; CHARLES WESLEY
PEOPLES; CORRIE/CORNELIA
STUDDARD; BRENNAN RILEY; RACHAEL
WATERS; ELZENA HARRIS; MAURICE
HARRIS; SUNSHYNE POWELL,
INDIVIDUALLY AND AS PARENT AND
NATURAL GUARDIAN OF K.P., MINOR
CHILD; WENDELL BURNETT; DORIS
GUILIANI; KEITH ORCUTT; OSCAR
CARRERA; TABITHA STARKS; LENYON
STARKS; RITA MACHIN; CARLOS
MACHIN; DOROTHY WETZEL; SHERRY
HUNTER, INDIVIDUALLY AND AS
PARENT AND NATURAL GUARDIAN OF
B.H., MINOR CHILD; ROBERT FORD;
BOBBY WINFIELD; VIVIAN WINFIELD;
BRANDON WARD; ANTOINEE BENJAMIN,
INDIVIDUALLY AND AS PARENT AND
NATURAL GUARDIAN OF A.B.1. , AND

A.B.2 MINOR CHILDREN; MONIQUE
BORRERO-RIVERA; ARNALDO
BORRERO-RIVERA; DAWN HUSTON;
ANDREW WOOD; KIMBERLEY WILSON;
JANIE IVES; JAMES WASHINGTON;
SHERA GOTTLOB; DELORES STROH;
KAYLA DOUGHTY; IRA BLOODWORTH;
GAMAL LAWRENCE; JOAN MARIE
NICHOLS; HEATHER GORMAN;
SAMANTHA STAPLETON; SABINE
STAPLETON; RITA JEFFRIES; TINA
GLUNT; JAMES GLUNT; RITA LANDERS;
GENE WILSON; JANE CHADIMA;
CHARLINE LOEWENSTEIN; SHERRY
QUINLIVAN; CHASTITY BUNN;
GUADALUPE VERA; JUANITA USEMAN;
BILLIE FRANKLAND; BOBBY BERRY;
KELLEY CONNERS; KEVIN CONNERS;
DAVID JOHNS; THEODORE JOHNSON;
BECKY STEEVES; ALINA MATHEWS,
INDIVIDUALLY AND AS PARENT AND
NATURAL GUARDIAN OF E.W., AND F.W.,
MINOR CHILDREN; TRAPPER MATHEWS;
SHANNON ANTHONY; BILLY ANTHONY;
DARREN HUNT; DARREN BROWN;
KELLY DUNCAN-MARCUM; MARIE
CLARK; BEVERLY BROWN; ERIN
HUTCHINSON, INDIVIDUALLY AND AS
PARENT AND NATURAL GUARDIAN OF
J.H., MINOR CHILD; MICHELLE
GREENLEE; ARTHUR GREEN; KIMBERLY
AUSTIN, INDIVIDUALLY AND AS
PARENT AND NATURAL GUARDIAN OF
J.A., MINOR CHILD; DEBRA BRESCIANI;
JAMES ANDREWS; SCOTT ST.ONGE;
ROBERT DEWITT; CAROLE GREEN; AND
KEVIN DAIGLE,

*Plaintiffs*,
v.

THE 3M COMPANY, f/k/a Minnesota Mining
and Manufacturing, Co.; TYCO FIRE
PRODUCTS, L.P., successor in interest to THE
ANSUL COMPANY; BUCKEYE FIRE
EQUIPMENT CO.; CHEMGUARD;
NATIONAL FOAM, INC.; KIDDE FIRE
FIGHTING, INC., f/k/a CHUBB NATIONAL
FOAM, INC., f/k/a NATIONAL FOAM, INC.,
individually and as successor in interest to
NATIONAL FOAM, INC.; KIDDE PLC, INC.,
f/k/a WILLIAMS US INC., f/k/a WILLIAMS
HOLDINGS, INC., individually and as
successor in interest to NATIONAL FOAM,
INC.; KIDDE-FENWAL, INC., individually
and as successor in interest to NATIONAL
FOAM, INC.; and UTC FIRE & SECURITY
AMERICAS CORPORATION, INC., f/k/a GE
INTERLOGIX, INC., individually and as
successor in interest to NATIONAL FOAM,
INC.;

*Defendants.*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   KIDDE-FENWAL, INC., individually and as successor
in the interest to NATIONAL FOAM, INC.
400 Main Street
Ashland, Massachusetts 01721

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received
it) — or 60 days if you are the United States or a United States agency, or an officer or employee
of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the
plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of
Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:      Hunter Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Hunter@NapoliLaw.com

If you fail to respond, judgment by default will be entered against you for the relief
demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF THE COURT

Date: __06/25/2018_____

__s/A. Thomas, Deputy Clerk__
*Signature of Clerk or Deputy Clerk*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. **18-CV-1281**

VERONICA OQUENDO; WOL SMITH;
MICHAEL SMITH; JOAN RUSHAY;
THOMAS LARSEN; ROSA TAYLOR;
STENETHA HALL; ROSE BEAM; TODD
GENSMER; JUSTIN WEATHERS; PAUL
BENNIE; DAVID SANDAGER; AMY
SANDAGER; WALTER MCGREW;
CLINTON WALTER; SHANNON WALTER;
MATTHEW WHITTAKER; EDWARD
WHITTAKER; PHILLIP HOWE; JANIDA
ROSADO; CAROLINE GALLEGOS;
MATTHIAS BLACK; LEWIS GARNETT;
SUSAN SMITH; JULIA KUHN; RICHARD
FLORES; SHELLY SNETHEN; AMY
DAGUE; ROSE MACHUCA; EILEEN
HOUSE; CASHMYIR SCOTT; MICHELLE
GONZALEZ; RHONDA ALVARADO;
DONNA VAN HOOSE; STUART HEARN;
AUGUSTA JORDAN; DONNA HEARN;
ALONZO ABEYTA; JOSEPH DAUGHERTY;
CAROLANN VIGIL; LISA SCHMIDT;
NICOLE PAINE; MICHELLE SWINTON;
TRUDY TAGSTROM; AMELIA RUBIO;
HARNEK SAHOTA; CAROL PUTZI;
REBECCA BARNES; RICHARD COOK;
FITZ BANNISTER; MARY MAHON;
TIMOTHY MAHON; BONNIE LARSCHEID;
KATHY MAXIMENKO; DEBORAH
MCCARTY; DAVID MCCARTY; MICHAEL
CHILDERS; LINDA JONES; DANA
BRIGHT; BRANDON HERRERA; RONALD
WILSON; JOHN BELL; MYRNA PEREZ;
PATRICIA GLACKEN; CYNTHIA GILDER,
INDIVIDUALLY AND AS PARENT AND
NATURAL GUARDIAN OF M.G.1, M.G.2,
AND M.G.3, MINOR CHILDREN; MARY

STATON; MICHAEL STATON; ANGELA
POLK, INDIVIDUALLY AND AS PARENT
AND NATURAL GUARDIAN OF A.P., R.P.,
M.P., AND H.P., MINOR CHILDREN;
VALENTINA WOLFKILL; JOHN CUELLAR;
LESLIE PEREZ, INDIVIDUALLY AND AS
PARENT AND NATURAL GUARDIAN OF
T.G., MINOR CHILD; ANALISA
WHITTAKER; JAMES COOK; DEBRA ANN
PERRICONE; ROBERT WEEDMAN;
MONIQUE BABERS; TRACY BABERS;
LIONEL MARTINEZ; GERALDINE
MARTINEZ; DANIEL PETERSON;
SHIRLEY PETERSON; CHIQUITA
STEWART; NICHOLAS VILLEGAS;
GINGER CORDOVA; ANGELINA
JARAMILLO; ALICIA CHAVEZ; DANIELLE
WOJTOWICZ; MICHAEL WOOD; DORA
SANTILLANES; CASSANDRA ELLIS;
JACOB ELLIS; JACOB JUAREZ; BENJAMIN
DEIS; MIGUEL CANTU; DONNA PRICE;
ARGENTINA PEREZ; CHARLES WESLEY
PEOPLES; CORRIE/CORNELIA
STUDDARD; BRENNAN RILEY; RACHAEL
WATERS; ELZENA HARRIS; MAURICE
HARRIS; SUNSHYNE POWELL,
INDIVIDUALLY AND AS PARENT AND
NATURAL GUARDIAN OF K.P., MINOR
CHILD; WENDELL BURNETT; DORIS
GUILIANI; KEITH ORCUTT; OSCAR
CARRERA; TABITHA STARKS; LENYON
STARKS; RITA MACHIN; CARLOS
MACHIN; DOROTHY WETZEL; SHERRY
HUNTER, INDIVIDUALLY AND AS
PARENT AND NATURAL GUARDIAN OF
B.H., MINOR CHILD; ROBERT FORD;
BOBBY WINFIELD; VIVIAN WINFIELD;
BRANDON WARD; ANTOINEE BENJAMIN,
INDIVIDUALLY AND AS PARENT AND
NATURAL GUARDIAN OF A.B.1. , AND

A.B.2 MINOR CHILDREN; MONIQUE
BORRERO-RIVERA; ARNALDO
BORRERO-RIVERA; DAWN HUSTON;
ANDREW WOOD; KIMBERLEY WILSON;
JANIE IVES; JAMES WASHINGTON;
SHERA GOTTLOB; DELORES STROH;
KAYLA DOUGHTY; IRA BLOODWORTH;
GAMAL LAWRENCE; JOAN MARIE
NICHOLS; HEATHER GORMAN;
SAMANTHA STAPLETON; SABINE
STAPLETON; RITA JEFFRIES; TINA
GLUNT; JAMES GLUNT; RITA LANDERS;
GENE WILSON; JANE CHADIMA;
CHARLINE LOEWENSTEIN; SHERRY
QUINLIVAN; CHASTITY BUNN;
GUADALUPE VERA; JUANITA USEMAN;
BILLIE FRANKLAND; BOBBY BERRY;
KELLEY CONNERS; KEVIN CONNERS;
DAVID JOHNS; THEODORE JOHNSON;
BECKY STEEVES; ALINA MATHEWS,
INDIVIDUALLY AND AS PARENT AND
NATURAL GUARDIAN OF E.W., AND F.W.,
MINOR CHILDREN; TRAPPER MATHEWS;
SHANNON ANTHONY; BILLY ANTHONY;
DARREN HUNT; DARREN BROWN;
KELLY DUNCAN-MARCUM; MARIE
CLARK; BEVERLY BROWN; ERIN
HUTCHINSON, INDIVIDUALLY AND AS
PARENT AND NATURAL GUARDIAN OF
J.H., MINOR CHILD; MICHELLE
GREENLEE; ARTHUR GREEN; KIMBERLY
AUSTIN, INDIVIDUALLY AND AS
PARENT AND NATURAL GUARDIAN OF
J.A., MINOR CHILD; DEBRA BRESCIANI;
JAMES ANDREWS; SCOTT ST.ONGE;
ROBERT DEWITT; CAROLE GREEN; AND
KEVIN DAIGLE,

*Plaintiffs*,
v.

THE 3M COMPANY, f/k/a Minnesota Mining
and Manufacturing, Co.; TYCO FIRE
PRODUCTS, L.P., successor in interest to THE
ANSUL COMPANY; BUCKEYE FIRE
EQUIPMENT CO.; CHEMGUARD;
NATIONAL FOAM, INC.; KIDDE FIRE
FIGHTING, INC., f/k/a CHUBB NATIONAL
FOAM, INC., f/k/a NATIONAL FOAM, INC.,
individually and as successor in interest to
NATIONAL FOAM, INC.; KIDDE PLC, INC.,
f/k/a WILLIAMS US INC., f/k/a WILLIAMS
HOLDINGS, INC., individually and as
successor in interest to NATIONAL FOAM,
INC.; KIDDE-FENWAL, INC., individually
and as successor in interest to NATIONAL
FOAM, INC.; and UTC FIRE & SECURITY
AMERICAS CORPORATION, INC., f/k/a GE
INTERLOGIX, INC., individually and as
successor in interest to NATIONAL FOAM,
INC.;

*Defendants.*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    KIDDE FIRE FIGHTING, INC., f/k/a CHUBB
NATIONAL FOAM, INC. f/k/a NATIONAL FOAM,
INC., individually and as successor in interest to
NATIONAL FOAM, INC.
c/o CT Corporation
Two Commerce Square
2001 Market Street 5th Floor
Philadelphia, Pennsylvania 19103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Hunter Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017

Hunter@NapoliLaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF THE COURT*

Date: ___06/25/2018_____

___s/A. Thomas, Deputy Clerk___
*Signature of Clerk or Deputy Clerk*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. **18-CV-1281**

VERONICA OQUENDO; WOL SMITH;
MICHAEL SMITH; JOAN RUSHAY;
THOMAS LARSEN; ROSA TAYLOR;
STENETHA HALL; ROSE BEAM; TODD
GENSMER; JUSTIN WEATHERS; PAUL
BENNIE; DAVID SANDAGER; AMY
SANDAGER; WALTER MCGREW;
CLINTON WALTER; SHANNON WALTER;
MATTHEW WHITTAKER; EDWARD
WHITTAKER; PHILLIP HOWE; JANIDA
ROSADO; CAROLINE GALLEGOS;
MATTHIAS BLACK; LEWIS GARNETT;
SUSAN SMITH; JULIA KUHN; RICHARD
FLORES; SHELLY SNETHEN; AMY
DAGUE; ROSE MACHUCA; EILEEN
HOUSE; CASHMYIR SCOTT; MICHELLE
GONZALEZ; RHONDA ALVARADO;
DONNA VAN HOOSE; STUART HEARN;
AUGUSTA JORDAN; DONNA HEARN;
ALONZO ABEYTA; JOSEPH DAUGHERTY;
CAROLANN VIGIL; LISA SCHMIDT;
NICOLE PAINE; MICHELLE SWINTON;
TRUDY TAGSTROM; AMELIA RUBIO;
HARNEK SAHOTA; CAROL PUTZI;
REBECCA BARNES; RICHARD COOK;
FITZ BANNISTER; MARY MAHON;
TIMOTHY MAHON; BONNIE LARSCHEID;
KATHY MAXIMENKO; DEBORAH
MCCARTY; DAVID MCCARTY; MICHAEL
CHILDERS; LINDA JONES; DANA
BRIGHT; BRANDON HERRERA; RONALD
WILSON; JOHN BELL; MYRNA PEREZ;
PATRICIA GLACKEN; CYNTHIA GILDER,
INDIVIDUALLY AND AS PARENT AND
NATURAL GUARDIAN OF M.G.1, M.G.2,
AND M.G.3, MINOR CHILDREN; MARY

STATON; MICHAEL STATON; ANGELA
POLK, INDIVIDUALLY AND AS PARENT
AND NATURAL GUARDIAN OF A.P., R.P.,
M.P., AND H.P., MINOR CHILDREN;
VALENTINA WOLFKILL; JOHN CUELLAR;
LESLIE PEREZ, INDIVIDUALLY AND AS
PARENT AND NATURAL GUARDIAN OF
T.G., MINOR CHILD; ANALISA
WHITTAKER; JAMES COOK; DEBRA ANN
PERRICONE; ROBERT WEEDMAN;
MONIQUE BABERS; TRACY BABERS;
LIONEL MARTINEZ; GERALDINE
MARTINEZ; DANIEL PETERSON;
SHIRLEY PETERSON; CHIQUITA
STEWART; NICHOLAS VILLEGAS;
GINGER CORDOVA; ANGELINA
JARAMILLO; ALICIA CHAVEZ; DANIELLE
WOJTOWICZ; MICHAEL WOOD; DORA
SANTILLANES; CASSANDRA ELLIS;
JACOB ELLIS; JACOB JUAREZ; BENJAMIN
DEIS; MIGUEL CANTU; DONNA PRICE;
ARGENTINA PEREZ; CHARLES WESLEY
PEOPLES; CORRIE/CORNELIA
STUDDARD; BRENNAN RILEY; RACHAEL
WATERS; ELZENA HARRIS; MAURICE
HARRIS; SUNSHYNE POWELL,
INDIVIDUALLY AND AS PARENT AND
NATURAL GUARDIAN OF K.P., MINOR
CHILD; WENDELL BURNETT; DORIS
GUILIANI; KEITH ORCUTT; OSCAR
CARRERA; TABITHA STARKS; LENYON
STARKS; RITA MACHIN; CARLOS
MACHIN; DOROTHY WETZEL; SHERRY
HUNTER, INDIVIDUALLY AND AS
PARENT AND NATURAL GUARDIAN OF
B.H., MINOR CHILD; ROBERT FORD;
BOBBY WINFIELD; VIVIAN WINFIELD;
BRANDON WARD; ANTOINEE BENJAMIN,
INDIVIDUALLY AND AS PARENT AND
NATURAL GUARDIAN OF A.B.1. , AND

A.B.2 MINOR CHILDREN; MONIQUE
BORRERO-RIVERA; ARNALDO
BORRERO-RIVERA; DAWN HUSTON;
ANDREW WOOD; KIMBERLEY WILSON;
JANIE IVES; JAMES WASHINGTON;
SHERA GOTTLOB; DELORES STROH;
KAYLA DOUGHTY; IRA BLOODWORTH;
GAMAL LAWRENCE; JOAN MARIE
NICHOLS; HEATHER GORMAN;
SAMANTHA STAPLETON; SABINE
STAPLETON; RITA JEFFRIES; TINA
GLUNT; JAMES GLUNT; RITA LANDERS;
GENE WILSON; JANE CHADIMA;
CHARLINE LOEWENSTEIN; SHERRY
QUINLIVAN; CHASTITY BUNN;
GUADALUPE VERA; JUANITA USEMAN;
BILLIE FRANKLAND; BOBBY BERRY;
KELLEY CONNERS; KEVIN CONNERS;
DAVID JOHNS; THEODORE JOHNSON;
BECKY STEEVES; ALINA MATHEWS,
INDIVIDUALLY AND AS PARENT AND
NATURAL GUARDIAN OF E.W., AND F.W.,
MINOR CHILDREN; TRAPPER MATHEWS;
SHANNON ANTHONY; BILLY ANTHONY;
DARREN HUNT; DARREN BROWN;
KELLY DUNCAN-MARCUM; MARIE
CLARK; BEVERLY BROWN; ERIN
HUTCHINSON, INDIVIDUALLY AND AS
PARENT AND NATURAL GUARDIAN OF
J.H., MINOR CHILD; MICHELLE
GREENLEE; ARTHUR GREEN; KIMBERLY
AUSTIN, INDIVIDUALLY AND AS
PARENT AND NATURAL GUARDIAN OF
J.A., MINOR CHILD; DEBRA BRESCIANI;
JAMES ANDREWS; SCOTT ST.ONGE;
ROBERT DEWITT; CAROLE GREEN; AND
KEVIN DAIGLE,

*Plaintiffs*,
v.

THE 3M COMPANY, f/k/a Minnesota Mining
and Manufacturing, Co.; TYCO FIRE
PRODUCTS, L.P., successor in interest to THE
ANSUL COMPANY; BUCKEYE FIRE
EQUIPMENT CO.; CHEMGUARD;
NATIONAL FOAM, INC.; KIDDE FIRE
FIGHTING, INC., f/k/a CHUBB NATIONAL
FOAM, INC., f/k/a NATIONAL FOAM, INC.,
individually and as successor in interest to
NATIONAL FOAM, INC.; KIDDE PLC, INC.,
f/k/a WILLIAMS US INC., f/k/a WILLIAMS
HOLDINGS, INC., individually and as
successor in interest to NATIONAL FOAM,
INC.; KIDDE-FENWAL, INC., individually
and as successor in interest to NATIONAL
FOAM, INC.; and UTC FIRE & SECURITY
AMERICAS CORPORATION, INC., f/k/a GE
INTERLOGIX, INC., individually and as
successor in interest to NATIONAL FOAM,
INC.;

*Defendants.*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    KIDDE PLC, INC. f/k/a WILLIAMS US INC., f/k/a
WILLIAMS HOLDINGS, INC., individually and as
successor in the interest to NATIONAL FOAM, INC.
One Carrier Place
Farmington, Connecticut 06302

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received
it) — or 60 days if you are the United States or a United States agency, or an officer or employee
of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the
plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of
Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:    Hunter Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Hunter@NapoliLaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF THE COURT*

Date: 06/25/2018

s/A. Thomas, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. **18-CV-1281**

VERONICA OQUENDO; WOL SMITH;
MICHAEL SMITH; JOAN RUSHAY;
THOMAS LARSEN; ROSA TAYLOR;
STENETHA HALL; ROSE BEAM; TODD
GENSMER; JUSTIN WEATHERS; PAUL
BENNIE; DAVID SANDAGER; AMY
SANDAGER; WALTER MCGREW;
CLINTON WALTER; SHANNON WALTER;
MATTHEW WHITTAKER; EDWARD
WHITTAKER; PHILLIP HOWE; JANIDA
ROSADO; CAROLINE GALLEGOS;
MATTHIAS BLACK; LEWIS GARNETT;
SUSAN SMITH; JULIA KUHN; RICHARD
FLORES; SHELLY SNETHEN; AMY
DAGUE; ROSE MACHUCA; EILEEN
HOUSE; CASHMYIR SCOTT; MICHELLE
GONZALEZ; RHONDA ALVARADO;
DONNA VAN HOOSE; STUART HEARN;
AUGUSTA JORDAN; DONNA HEARN;
ALONZO ABEYTA; JOSEPH DAUGHERTY;
CAROLANN VIGIL; LISA SCHMIDT;
NICOLE PAINE; MICHELLE SWINTON;
TRUDY TAGSTROM; AMELIA RUBIO;
HARNEK SAHOTA; CAROL PUTZI;
REBECCA BARNES; RICHARD COOK;
FITZ BANNISTER; MARY MAHON;
TIMOTHY MAHON; BONNIE LARSCHEID;
KATHY MAXIMENKO; DEBORAH
MCCARTY; DAVID MCCARTY; MICHAEL
CHILDERS; LINDA JONES; DANA
BRIGHT; BRANDON HERRERA; RONALD
WILSON; JOHN BELL; MYRNA PEREZ;
PATRICIA GLACKEN; CYNTHIA GILDER,
INDIVIDUALLY AND AS PARENT AND
NATURAL GUARDIAN OF M.G.1, M.G.2,
AND M.G.3, MINOR CHILDREN; MARY

STATON; MICHAEL STATON; ANGELA
POLK, INDIVIDUALLY AND AS PARENT
AND NATURAL GUARDIAN OF A.P., R.P.,
M.P., AND H.P., MINOR CHILDREN;
VALENTINA WOLFKILL; JOHN CUELLAR;
LESLIE PEREZ, INDIVIDUALLY AND AS
PARENT AND NATURAL GUARDIAN OF
T.G., MINOR CHILD; ANALISA
WHITTAKER; JAMES COOK; DEBRA ANN
PERRICONE; ROBERT WEEDMAN;
MONIQUE BABERS; TRACY BABERS;
LIONEL MARTINEZ; GERALDINE
MARTINEZ; DANIEL PETERSON;
SHIRLEY PETERSON; CHIQUITA
STEWART; NICHOLAS VILLEGAS;
GINGER CORDOVA; ANGELINA
JARAMILLO; ALICIA CHAVEZ; DANIELLE
WOJTOWICZ; MICHAEL WOOD; DORA
SANTILLANES; CASSANDRA ELLIS;
JACOB ELLIS; JACOB JUAREZ; BENJAMIN
DEIS; MIGUEL CANTU; DONNA PRICE;
ARGENTINA PEREZ; CHARLES WESLEY
PEOPLES; CORRIE/CORNELIA
STUDDARD; BRENNAN RILEY; RACHAEL
WATERS; ELZENA HARRIS; MAURICE
HARRIS; SUNSHYNE POWELL,
INDIVIDUALLY AND AS PARENT AND
NATURAL GUARDIAN OF K.P., MINOR
CHILD; WENDELL BURNETT; DORIS
GUILIANI; KEITH ORCUTT; OSCAR
CARRERA; TABITHA STARKS; LENYON
STARKS; RITA MACHIN; CARLOS
MACHIN; DOROTHY WETZEL; SHERRY
HUNTER, INDIVIDUALLY AND AS
PARENT AND NATURAL GUARDIAN OF
B.H., MINOR CHILD; ROBERT FORD;
BOBBY WINFIELD; VIVIAN WINFIELD;
BRANDON WARD; ANTOINEE BENJAMIN,
INDIVIDUALLY AND AS PARENT AND
NATURAL GUARDIAN OF A.B.1. , AND

A.B.2 MINOR CHILDREN; MONIQUE
BORRERO-RIVERA; ARNALDO
BORRERO-RIVERA; DAWN HUSTON;
ANDREW WOOD; KIMBERLEY WILSON;
JANIE IVES; JAMES WASHINGTON;
SHERA GOTTLOB; DELORES STROH;
KAYLA DOUGHTY; IRA BLOODWORTH;
GAMAL LAWRENCE; JOAN MARIE
NICHOLS; HEATHER GORMAN;
SAMANTHA STAPLETON; SABINE
STAPLETON; RITA JEFFRIES; TINA
GLUNT; JAMES GLUNT; RITA LANDERS;
GENE WILSON; JANE CHADIMA;
CHARLINE LOEWENSTEIN; SHERRY
QUINLIVAN; CHASTITY BUNN;
GUADALUPE VERA; JUANITA USEMAN;
BILLIE FRANKLAND; BOBBY BERRY;
KELLEY CONNERS; KEVIN CONNERS;
DAVID JOHNS; THEODORE JOHNSON;
BECKY STEEVES; ALINA MATHEWS,
INDIVIDUALLY AND AS PARENT AND
NATURAL GUARDIAN OF E.W., AND F.W.,
MINOR CHILDREN; TRAPPER MATHEWS;
SHANNON ANTHONY; BILLY ANTHONY;
DARREN HUNT; DARREN BROWN;
KELLY DUNCAN-MARCUM; MARIE
CLARK; BEVERLY BROWN; ERIN
HUTCHINSON, INDIVIDUALLY AND AS
PARENT AND NATURAL GUARDIAN OF
J.H., MINOR CHILD; MICHELLE
GREENLEE; ARTHUR GREEN; KIMBERLY
AUSTIN, INDIVIDUALLY AND AS
PARENT AND NATURAL GUARDIAN OF
J.A., MINOR CHILD; DEBRA BRESCIANI;
JAMES ANDREWS; SCOTT ST.ONGE;
ROBERT DEWITT; CAROLE GREEN; AND
KEVIN DAIGLE,

*Plaintiffs*,
v.

THE 3M COMPANY, f/k/a Minnesota Mining
and Manufacturing, Co.; TYCO FIRE
PRODUCTS, L.P., successor in interest to THE
ANSUL COMPANY; BUCKEYE FIRE
EQUIPMENT CO.; CHEMGUARD;
NATIONAL FOAM, INC.; KIDDE FIRE
FIGHTING, INC., f/k/a CHUBB NATIONAL
FOAM, INC., f/k/a NATIONAL FOAM, INC.,
individually and as successor in interest to
NATIONAL FOAM, INC.; KIDDE PLC, INC.,
f/k/a WILLIAMS US INC., f/k/a WILLIAMS
HOLDINGS, INC., individually and as
successor in interest to NATIONAL FOAM,
INC.; KIDDE-FENWAL, INC., individually
and as successor in interest to NATIONAL
FOAM, INC.; and UTC FIRE & SECURITY
AMERICAS CORPORATION, INC., f/k/a GE
INTERLOGIX, INC., individually and as
successor in interest to NATIONAL FOAM,
INC.;

*Defendants.*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    NATIONAL FOAM, INC.
    Corporation Trust Center
    1209 Orange Street
    Wilmington, Delaware 19801

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Hunter Shkolnik
    Napoli Shkolnik PLLC
    360 Lexington Avenue, 11th Floor
    New York, NY 10017
    Hunter@NapoliLaw.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF THE COURT*

Date: __06/25/2018_____

__s/A. Thomas, Deputy Clerk__
*Signature of Clerk or Deputy Clerk*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. **18-CV-1281**

VERONICA OQUENDO; WOL SMITH;
MICHAEL SMITH; JOAN RUSHAY;
THOMAS LARSEN; ROSA TAYLOR;
STENETHA HALL; ROSE BEAM; TODD
GENSMER; JUSTIN WEATHERS; PAUL
BENNIE; DAVID SANDAGER; AMY
SANDAGER; WALTER MCGREW;
CLINTON WALTER; SHANNON WALTER;
MATTHEW WHITTAKER; EDWARD
WHITTAKER; PHILLIP HOWE; JANIDA
ROSADO; CAROLINE GALLEGOS;
MATTHIAS BLACK; LEWIS GARNETT;
SUSAN SMITH; JULIA KUHN; RICHARD
FLORES; SHELLY SNETHEN; AMY
DAGUE; ROSE MACHUCA; EILEEN
HOUSE; CASHMYIR SCOTT; MICHELLE
GONZALEZ; RHONDA ALVARADO;
DONNA VAN HOOSE; STUART HEARN;
AUGUSTA JORDAN; DONNA HEARN;
ALONZO ABEYTA; JOSEPH DAUGHERTY;
CAROLANN VIGIL; LISA SCHMIDT;
NICOLE PAINE; MICHELLE SWINTON;
TRUDY TAGSTROM; AMELIA RUBIO;
HARNEK SAHOTA; CAROL PUTZI;
REBECCA BARNES; RICHARD COOK;
FITZ BANNISTER; MARY MAHON;
TIMOTHY MAHON; BONNIE LARSCHEID;
KATHY MAXIMENKO; DEBORAH
MCCARTY; DAVID MCCARTY; MICHAEL
CHILDERS; LINDA JONES; DANA
BRIGHT; BRANDON HERRERA; RONALD
WILSON; JOHN BELL; MYRNA PEREZ;
PATRICIA GLACKEN; CYNTHIA GILDER,
INDIVIDUALLY AND AS PARENT AND
NATURAL GUARDIAN OF M.G.1, M.G.2,
AND M.G.3, MINOR CHILDREN; MARY

STATON; MICHAEL STATON; ANGELA
POLK, INDIVIDUALLY AND AS PARENT
AND NATURAL GUARDIAN OF A.P., R.P.,
M.P., AND H.P., MINOR CHILDREN;
VALENTINA WOLFKILL; JOHN CUELLAR;
LESLIE PEREZ, INDIVIDUALLY AND AS
PARENT AND NATURAL GUARDIAN OF
T.G., MINOR CHILD; ANALISA
WHITTAKER; JAMES COOK; DEBRA ANN
PERRICONE; ROBERT WEEDMAN;
MONIQUE BABERS; TRACY BABERS;
LIONEL MARTINEZ; GERALDINE
MARTINEZ; DANIEL PETERSON;
SHIRLEY PETERSON; CHIQUITA
STEWART; NICHOLAS VILLEGAS;
GINGER CORDOVA; ANGELINA
JARAMILLO; ALICIA CHAVEZ; DANIELLE
WOJTOWICZ; MICHAEL WOOD; DORA
SANTILLANES; CASSANDRA ELLIS;
JACOB ELLIS; JACOB JUAREZ; BENJAMIN
DEIS; MIGUEL CANTU; DONNA PRICE;
ARGENTINA PEREZ; CHARLES WESLEY
PEOPLES; CORRIE/CORNELIA
STUDDARD; BRENNAN RILEY; RACHAEL
WATERS; ELZENA HARRIS; MAURICE
HARRIS; SUNSHYNE POWELL,
INDIVIDUALLY AND AS PARENT AND
NATURAL GUARDIAN OF K.P., MINOR
CHILD; WENDELL BURNETT; DORIS
GUILIANI; KEITH ORCUTT; OSCAR
CARRERA; TABITHA STARKS; LENYON
STARKS; RITA MACHIN; CARLOS
MACHIN; DOROTHY WETZEL; SHERRY
HUNTER, INDIVIDUALLY AND AS
PARENT AND NATURAL GUARDIAN OF
B.H., MINOR CHILD; ROBERT FORD;
BOBBY WINFIELD; VIVIAN WINFIELD;
BRANDON WARD; ANTOINEE BENJAMIN,
INDIVIDUALLY AND AS PARENT AND
NATURAL GUARDIAN OF A.B.1. , AND

A.B.2 MINOR CHILDREN; MONIQUE
BORRERO-RIVERA; ARNALDO
BORRERO-RIVERA; DAWN HUSTON;
ANDREW WOOD; KIMBERLEY WILSON;
JANIE IVES; JAMES WASHINGTON;
SHERA GOTTLOB; DELORES STROH;
KAYLA DOUGHTY; IRA BLOODWORTH;
GAMAL LAWRENCE; JOAN MARIE
NICHOLS; HEATHER GORMAN;
SAMANTHA STAPLETON; SABINE
STAPLETON; RITA JEFFRIES; TINA
GLUNT; JAMES GLUNT; RITA LANDERS;
GENE WILSON; JANE CHADIMA;
CHARLINE LOEWENSTEIN; SHERRY
QUINLIVAN; CHASTITY BUNN;
GUADALUPE VERA; JUANITA USEMAN;
BILLIE FRANKLAND; BOBBY BERRY;
KELLEY CONNERS; KEVIN CONNERS;
DAVID JOHNS; THEODORE JOHNSON;
BECKY STEEVES; ALINA MATHEWS,
INDIVIDUALLY AND AS PARENT AND
NATURAL GUARDIAN OF E.W., AND F.W.,
MINOR CHILDREN; TRAPPER MATHEWS;
SHANNON ANTHONY; BILLY ANTHONY;
DARREN HUNT; DARREN BROWN;
KELLY DUNCAN-MARCUM; MARIE
CLARK; BEVERLY BROWN; ERIN
HUTCHINSON, INDIVIDUALLY AND AS
PARENT AND NATURAL GUARDIAN OF
J.H., MINOR CHILD; MICHELLE
GREENLEE; ARTHUR GREEN; KIMBERLY
AUSTIN, INDIVIDUALLY AND AS
PARENT AND NATURAL GUARDIAN OF
J.A., MINOR CHILD; DEBRA BRESCIANI;
JAMES ANDREWS; SCOTT ST.ONGE;
ROBERT DEWITT; CAROLE GREEN; AND
KEVIN DAIGLE,

*Plaintiffs*,
v.

THE 3M COMPANY, f/k/a Minnesota Mining
and Manufacturing, Co.; TYCO FIRE
PRODUCTS, L.P., successor in interest to THE
ANSUL COMPANY; BUCKEYE FIRE
EQUIPMENT CO.; CHEMGUARD;
NATIONAL FOAM, INC.; KIDDE FIRE
FIGHTING, INC., f/k/a CHUBB NATIONAL
FOAM, INC., f/k/a NATIONAL FOAM, INC.,
individually and as successor in interest to
NATIONAL FOAM, INC.; KIDDE PLC, INC.,
f/k/a WILLIAMS US INC., f/k/a WILLIAMS
HOLDINGS, INC., individually and as
successor in interest to NATIONAL FOAM,
INC.; KIDDE-FENWAL, INC., individually
and as successor in interest to NATIONAL
FOAM, INC.; and UTC FIRE & SECURITY
AMERICAS CORPORATION, INC., f/k/a GE
INTERLOGIX, INC., individually and as
successor in interest to NATIONAL FOAM,
INC.;

*Defendants.*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   TYCO FIRE PRODUCTS, L.P., successor in the interest
to THE ANSUL COMPANY
One Stanton Street
Marinette, Wisconsin 54143

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received
it) — or 60 days if you are the United States or a United States agency, or an officer or employee
of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the
plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of
Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:        Hunter Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Hunter@NapoliLaw.com

If you fail to respond, judgment by default will be entered against you for the relief
demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF THE COURT*

Date:  06/25/2018

__s/A. Thomas, Deputy Clerk__
*Signature of Clerk or Deputy Clerk*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. **18-CV-1281**

VERONICA OQUENDO; WOL SMITH;
MICHAEL SMITH; JOAN RUSHAY;
THOMAS LARSEN; ROSA TAYLOR;
STENETHA HALL; ROSE BEAM; TODD
GENSMER; JUSTIN WEATHERS; PAUL
BENNIE; DAVID SANDAGER; AMY
SANDAGER; WALTER MCGREW;
CLINTON WALTER; SHANNON WALTER;
MATTHEW WHITTAKER; EDWARD
WHITTAKER; PHILLIP HOWE; JANIDA
ROSADO; CAROLINE GALLEGOS;
MATTHIAS BLACK; LEWIS GARNETT;
SUSAN SMITH; JULIA KUHN; RICHARD
FLORES; SHELLY SNETHEN; AMY
DAGUE; ROSE MACHUCA; EILEEN
HOUSE; CASHMYIR SCOTT; MICHELLE
GONZALEZ; RHONDA ALVARADO;
DONNA VAN HOOSE; STUART HEARN;
AUGUSTA JORDAN; DONNA HEARN;
ALONZO ABEYTA; JOSEPH DAUGHERTY;
CAROLANN VIGIL; LISA SCHMIDT;
NICOLE PAINE; MICHELLE SWINTON;
TRUDY TAGSTROM; AMELIA RUBIO;
HARNEK SAHOTA; CAROL PUTZI;
REBECCA BARNES; RICHARD COOK;
FITZ BANNISTER; MARY MAHON;
TIMOTHY MAHON; BONNIE LARSCHEID;
KATHY MAXIMENKO; DEBORAH
MCCARTY; DAVID MCCARTY; MICHAEL
CHILDERS; LINDA JONES; DANA
BRIGHT; BRANDON HERRERA; RONALD
WILSON; JOHN BELL; MYRNA PEREZ;
PATRICIA GLACKEN; CYNTHIA GILDER,
INDIVIDUALLY AND AS PARENT AND
NATURAL GUARDIAN OF M.G.1, M.G.2,
AND M.G.3, MINOR CHILDREN; MARY

STATON; MICHAEL STATON; ANGELA
POLK, INDIVIDUALLY AND AS PARENT
AND NATURAL GUARDIAN OF A.P., R.P.,
M.P., AND H.P., MINOR CHILDREN;
VALENTINA WOLFKILL; JOHN CUELLAR;
LESLIE PEREZ, INDIVIDUALLY AND AS
PARENT AND NATURAL GUARDIAN OF
T.G., MINOR CHILD; ANALISA
WHITTAKER; JAMES COOK; DEBRA ANN
PERRICONE; ROBERT WEEDMAN;
MONIQUE BABERS; TRACY BABERS;
LIONEL MARTINEZ; GERALDINE
MARTINEZ; DANIEL PETERSON;
SHIRLEY PETERSON; CHIQUITA
STEWART; NICHOLAS VILLEGAS;
GINGER CORDOVA; ANGELINA
JARAMILLO; ALICIA CHAVEZ; DANIELLE
WOJTOWICZ; MICHAEL WOOD; DORA
SANTILLANES; CASSANDRA ELLIS;
JACOB ELLIS; JACOB JUAREZ; BENJAMIN
DEIS; MIGUEL CANTU; DONNA PRICE;
ARGENTINA PEREZ; CHARLES WESLEY
PEOPLES; CORRIE/CORNELIA
STUDDARD; BRENNAN RILEY; RACHAEL
WATERS; ELZENA HARRIS; MAURICE
HARRIS; SUNSHYNE POWELL,
INDIVIDUALLY AND AS PARENT AND
NATURAL GUARDIAN OF K.P., MINOR
CHILD; WENDELL BURNETT; DORIS
GUILIANI; KEITH ORCUTT; OSCAR
CARRERA; TABITHA STARKS; LENYON
STARKS; RITA MACHIN; CARLOS
MACHIN; DOROTHY WETZEL; SHERRY
HUNTER, INDIVIDUALLY AND AS
PARENT AND NATURAL GUARDIAN OF
B.H., MINOR CHILD; ROBERT FORD;
BOBBY WINFIELD; VIVIAN WINFIELD;
BRANDON WARD; ANTOINEE BENJAMIN,
INDIVIDUALLY AND AS PARENT AND
NATURAL GUARDIAN OF A.B.1. , AND

A.B.2 MINOR CHILDREN; MONIQUE
BORRERO-RIVERA; ARNALDO
BORRERO-RIVERA; DAWN HUSTON;
ANDREW WOOD; KIMBERLEY WILSON;
JANIE IVES; JAMES WASHINGTON;
SHERA GOTTLOB; DELORES STROH;
KAYLA DOUGHTY; IRA BLOODWORTH;
GAMAL LAWRENCE; JOAN MARIE
NICHOLS; HEATHER GORMAN;
SAMANTHA STAPLETON; SABINE
STAPLETON; RITA JEFFRIES; TINA
GLUNT; JAMES GLUNT; RITA LANDERS;
GENE WILSON; JANE CHADIMA;
CHARLINE LOEWENSTEIN; SHERRY
QUINLIVAN; CHASTITY BUNN;
GUADALUPE VERA; JUANITA USEMAN;
BILLIE FRANKLAND; BOBBY BERRY;
KELLEY CONNERS; KEVIN CONNERS;
DAVID JOHNS; THEODORE JOHNSON;
BECKY STEEVES; ALINA MATHEWS,
INDIVIDUALLY AND AS PARENT AND
NATURAL GUARDIAN OF E.W., AND F.W.,
MINOR CHILDREN; TRAPPER MATHEWS;
SHANNON ANTHONY; BILLY ANTHONY;
DARREN HUNT; DARREN BROWN;
KELLY DUNCAN-MARCUM; MARIE
CLARK; BEVERLY BROWN; ERIN
HUTCHINSON, INDIVIDUALLY AND AS
PARENT AND NATURAL GUARDIAN OF
J.H., MINOR CHILD; MICHELLE
GREENLEE; ARTHUR GREEN; KIMBERLY
AUSTIN, INDIVIDUALLY AND AS
PARENT AND NATURAL GUARDIAN OF
J.A., MINOR CHILD; DEBRA BRESCIANI;
JAMES ANDREWS; SCOTT ST.ONGE;
ROBERT DEWITT; CAROLE GREEN; AND
KEVIN DAIGLE,

*Plaintiffs*,
v.

THE 3M COMPANY, f/k/a Minnesota Mining
and Manufacturing, Co.; TYCO FIRE
PRODUCTS, L.P., successor in interest to THE
ANSUL COMPANY; BUCKEYE FIRE
EQUIPMENT CO.; CHEMGUARD;
NATIONAL FOAM, INC.; KIDDE FIRE
FIGHTING, INC., f/k/a CHUBB NATIONAL
FOAM, INC., f/k/a NATIONAL FOAM, INC.,
individually and as successor in interest to
NATIONAL FOAM, INC.; KIDDE PLC, INC.,
f/k/a WILLIAMS US INC., f/k/a WILLIAMS
HOLDINGS, INC., individually and as
successor in interest to NATIONAL FOAM,
INC.; KIDDE-FENWAL, INC., individually
and as successor in interest to NATIONAL
FOAM, INC.; and UTC FIRE & SECURITY
AMERICAS CORPORATION, INC., f/k/a GE
INTERLOGIX, INC., individually and as
successor in interest to NATIONAL FOAM,
INC.;

*Defendants.*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     UTC FIRE & SECURITY AMERICAS
CORPORATION, INC., f/k/a GE INTERLOGIX, INC.
individually and as successor in the interest to
NATIONAL FOAM, INC.
3211 Progress Drive
Lincolnton, North Carolina 28092

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received
it) — or 60 days if you are the United States or a United States agency, or an officer or employee
of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the
plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of
Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:     Hunter Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Hunter@NapoliLaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF THE COURT*

Date:  06/25/2018

 s/A. Thomas,  Deputy Clerk
*Signature of Clerk or Deputy Clerk*