**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. **18-cv-1281**

VERONICA OQUENDO; WOL SMITH; MICHAEL SMITH; JOAN RUSHAY; THOMAS LARSEN; ROSA TAYLOR; STENETHA HALL; ROSE BEAM; TODD GENSMER; JUSTIN WEATHERS; PAUL BENNIE; DAVID SANDAGER; AMY SANDAGER; WALTER MCGREW; CLINTON WALTER; SHANNON WALTER; MATTHEW WHITTAKER; EDWARD WHITTAKER; PHILLIP HOWE; JANIDA ROSADO; CAROLINE GALLEGOS; MATTHIAS BLACK; LEWIS GARNETT; SUSAN SMITH; JULIA KUHN; RICHARD FLORES; SHELLY SNETHEN; AMY DAGUE; ROSE MACHUCA; EILEEN HOUSE; CASHMYIR SCOTT; MICHELLE GONZALEZ; RHONDA ALVARADO; DONNA VAN HOOSE; STUART HEARN; AUGUSTA JORDAN; DONNA HEARN; ALONZO ABEYTA; JOSEPH DAUGHERTY; CAROLANN VIGIL; LISA SCHMIDT; NICOLE PAINE; MICHELLE SWINTON; TRUDY TAGSTROM; AMELIA RUBIO; HARNEK SAHOTA; CAROL PUTZI; REBECCA BARNES; RICHARD COOK; FITZ BANNISTER; MARY MAHON; TIMOTHY MAHON; BONNIE LARSCHEID; KATHY MAXIMENKO; DEBORAH MCCARTY; DAVID MCCARTY; MICHAEL CHILDERS; LINDA JONES; DANA BRIGHT; BRANDON HERRERA; RONALD WILSON; JOHN BELL; MYRNA PEREZ; PATRICIA GLACKEN; CYNTHIA GILDER, INDIVIDUALLY AND AS PARENT AND NATURAL GUARDIAN OF M.G.1, M.G.2, AND M.G.3, MINOR CHILDREN; MARY

STATON; MICHAEL STATON; ANGELA POLK, INDIVIDUALLY AND AS PARENT AND NATURAL GUARDIAN OF A.P., R.P., M.P., AND H.P., MINOR CHILDREN; VALENTINA WOLFKILL; JOHN CUELLAR; LESLIE PEREZ, INDIVIDUALLY AND AS PARENT AND NATURAL GUARDIAN OF T.G., MINOR CHILD; ANALISA WHITTAKER; JAMES COOK; DEBRA ANN PERRICONE; ROBERT WEEDMAN; MONIQUE BABERS; TRACY BABERS; LIONEL MARTINEZ; GERALDINE MARTINEZ; DANIEL PETERSON; SHIRLEY PETERSON; CHIQUITA STEWART; NICHOLAS VILLEGAS; GINGER CORDOVA; ANGELINA JARAMILLO; ALICIA CHAVEZ; DANIELLE WOJTOWICZ; MICHAEL WOOD; DORA SANTILLANES; CASSANDRA ELLIS; JACOB ELLIS; JACOB JUAREZ; BENJAMIN DEIS; MIGUEL CANTU; DONNA PRICE; ARGENTINA PEREZ; CHARLES WESLEY PEOPLES; CORRIE/CORNELIA STUDDARD; BRENNAN RILEY; RACHAEL WATERS; ELZENA HARRIS; MAURICE HARRIS; SUNSHYNE POWELL, INDIVIDUALLY AND AS PARENT AND NATURAL GUARDIAN OF K.P., MINOR CHILD; WENDELL BURNETT; DORIS GUILIANI; KEITH ORCUTT; OSCAR CARRERA; TABITHA STARKS; LENYON STARKS; RITA MACHIN; CARLOS MACHIN; DOROTHY WETZEL; SHERRY HUNTER, INDIVIDUALLY AND AS PARENT AND NATURAL GUARDIAN OF B.H., MINOR CHILD; ROBERT FORD; BOBBY WINFIELD; VIVIAN WINFIELD; BRANDON WARD; ANTOINEE BENJAMIN, INDIVIDUALLY AND AS PARENT AND NATURAL GUARDIAN OF A.B.1. , AND

A.B.2 MINOR CHILDREN; MONIQUE BORRERO-RIVERA; ARNALDO BORRERO-RIVERA; DAWN HUSTON; ANDREW WOOD; KIMBERLEY WILSON; JANIE IVES; JAMES WASHINGTON; SHERA GOTTLOB; DELORES STROH; KAYLA DOUGHTY; IRA BLOODWORTH; GAMAL LAWRENCE; JOAN MARIE NICHOLS; HEATHER GORMAN; SAMANTHA STAPLETON; SABINE STAPLETON; RITA JEFFRIES; TINA GLUNT; JAMES GLUNT; RITA LANDERS; GENE WILSON; JANE CHADIMA; CHARLINE LOEWENSTEIN; SHERRY QUINLIVAN; CHASTITY BUNN; GUADALUPE VERA; JUANITA USEMAN; BILLIE FRANKLAND; BOBBY BERRY; KELLEY CONNERS; KEVIN CONNERS; DAVID JOHNS; THEODORE JOHNSON; BECKY STEEVES; ALINA MATHEWS, INDIVIDUALLY AND AS PARENT AND NATURAL GUARDIAN OF E.W., AND F.W., MINOR CHILDREN; TRAPPER MATHEWS; SHANNON ANTHONY; BILLY ANTHONY; DARREN HUNT; DARREN BROWN; KELLY DUNCAN-MARCUM; MARIE CLARK; BEVERLY BROWN; ERIN HUTCHINSON, INDIVIDUALLY AND AS PARENT AND NATURAL GUARDIAN OF J.H., MINOR CHILD; MICHELLE GREENLEE; ARTHUR GREEN; KIMBERLY AUSTIN, INDIVIDUALLY AND AS PARENT AND NATURAL GUARDIAN OF J.A., MINOR CHILD; DEBRA BRESCIANI; JAMES ANDREWS; SCOTT ST.ONGE; ROBERT DEWITT; CAROLE GREEN; AND KEVIN DAIGLE,

*Plaintiffs*,

v.

THE 3M COMPANY, f/k/a Minnesota Mining
and Manufacturing, Co.; TYCO FIRE
PRODUCTS, L.P., successor in interest to THE
ANSUL COMPANY; BUCKEYE FIRE
EQUIPMENT CO.; CHEMGUARD;
NATIONAL FOAM, INC.; KIDDE FIRE
FIGHTING, INC., f/k/a CHUBB NATIONAL
FOAM, INC., f/k/a NATIONAL FOAM, INC.,
individually and as successor in interest to
NATIONAL FOAM, INC.; KIDDE PLC, INC.,
f/k/a WILLIAMS US INC., f/k/a WILLIAMS
HOLDINGS, INC., individually and as
successor in interest to NATIONAL FOAM,
INC.; KIDDE-FENWAL, INC., individually
and as successor in interest to NATIONAL
FOAM, INC.; and UTC FIRE & SECURITY
AMERICAS CORPORATION, INC., f/k/a GE
INTERLOGIX, INC., individually and as
successor in interest to NATIONAL FOAM,
INC.;

*Defendants.*

## NOTICE OF RELATED CASE

Pursuant to D.C. COLO.LCivR 3.2, Plaintiffs, by and through the undersigned counsel, hereby advise the Court of a related case currently pending in the United States District Court for the District of Colorado: *Bell, et al., v. The 3M Company, et al.*, 16-cv-2351-RBJ. The undersigned are counsel of record for Plaintiffs in *Bell*, a class action lawsuit brought on behalf of residents of Fountain, Security, Widefield, Colorado Springs who were exposed to contaminated drinking water in the pubic and private water supply. The drinking water has been contaminated with Defendants' Aqueous Film Forming Foam ("AFFF"), which contains dangerous levels of perfluorinated compounds ("PFCs") such as perfluorooctanoic acid ("PFOA") and perfluorooctane sulfonate ("PFOS"). The Class in *Bell* seeks the creation of a medical monitoring program for residents who have consumed contaminated water, placing them

at a significantly increased risk of developing serious latent medical conditions. Additionally, the *Bell* Class Plaintiffs seeks compensation for real property owners harmed by the contamination's negative impact on property values.

On May 24, 2018, Plaintiffs filed this action on behalf of themselves for personal injuries related to their exposure to the contaminated drinking water in the Fountain, Security, Widefield, and Colorado Springs, Colorado. Under D.C.Colo.LCivR 3.2(b), *Bell* is related to this matter because the case arises out of the same common nucleus of operative fact, and the defendants are the same with the above captioned matter. Thus, these cases are related under D.C.COLO.LCivR 3.2(b).

Dated: June 26, 2018								Respectfully Submitted,

**NAPOLI SHKOLNIK, PLLC**

*/s/ Hunter Shkolnik*
Hunter Shkolnik
Louise Caro
Paul J. Napoli
Tate J. Kunkle
Patrick J. Lanciotti
360 Lexington Avenue, Eleventh Floor
New York, NY 10017
Telephone: (212) 397-1000
E-mail: hunter@napolilaw.com
E-mail: lcaro@napolilaw.com
E-mail: pnapoli@napolilaw.com
E-mail: tkunkle@napolilaw.com
E-mail: planciotti@napolilaw.com

**MCDIVITT LAW FIRM**
Michael McDivitt
Kelly Hyman
19 East Cimarron Street
Colorado Springs, CO 80903
Telephone: (719) 471-3700
E-mail: mmcdivitt@mcdivittlaw.com
E-mail: kyman@mcdivittlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 26, 2018, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon counsel of record.


Dated: June 26, 2018

                                                                     _____/s/ Patrick J. Lanciotti_____