# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:18-cv-01281

VERONICA OQUENDO; WOL SMITH; MICHAEL SMITH; JOAN RUSHAY; THOMAS LARSEN; ROSA TAYLOR; STENETHA HALL; ROSE BEAM; TODD GENSMER; JUSTIN WEATHERS; PAUL BENNIE; DAVID SANDAGER; AMY SANDAGER; WALTER MCGREW; CLINTON WALTER; SHANNON WALTER; MATTHEW WHITTAKER; EDWARD WHITTAKER; PHILLIP HOWE; JANIDA ROSADO; CAROLINE GALLEGOS; MATTHIAS BLACK; LEWIS GARNETT; SUSAN SMITH; JULIA KUHN; RICHARD FLORES; SHELLY SNETHEN; AMY DAGUE; ROSE MACHUCA; EILEEN HOUSE; CASHMYIR SCOTT; MICHELLE GONZALEZ; RHONDA ALVARADO; DONNA VAN HOOSE; STUART HEARN; AUGUSTA JORDAN; DONNA HEARN; ALONZO ABEYTA; JOSEPH DAUGHERTY; CAROLANN VIGIL; LISA SCHMIDT; NICOLE PAINE; MICHELLE SWINTON; TRUDY TAGSTROM; AMELIA RUBIO; HARNEK SAHOTA; CAROL PUTZI; REBECCA BARNES; RICHARD COOK; FITZ BANNISTER; MARY MAHON; TIMOTHY MAHON; BONNIE LARSCHEID; KATHY MAXIMENKO; DEBORAH MCCARTY; DAVID MCCARTY; MICHAEL CHILDERS; LINDA JONES; DANA BRIGHT; BRANDON HERRERA; RONALD WILSON; JOHN BELL; MYRNA PEREZ; PATRICIA GLACKEN; CYNTHIA GILDER, individually and as parent and natural guardian of M.G.1, M.G.2, and M.G.3, minor children; MARY STATON; MICHAEL STATON; ANGELA POLK, individually and as parent and natural guardian of A.P., R.P., M.P., and H.P., minor children; VALENTINA WOLFKILL; JOHN CUELLAR;

LESLIE PEREZ, individually and as parent and natural guardian of T.G., minor child; ANALISA WHITTAKER; JAMES COOK; DEBRA ANN PERRICONE; ROBERT WEEDMAN; MONIQUE BABERS; TRACY BABERS; LIONEL MARTINEZ; GERALDINE MARTINEZ; DANIEL PETERSON; SHIRLEY PETERSON; CHIQUITA STEWART; NICHOLAS VILLEGAS; GINGER CORDOVA; ANGELINA JARAMILLO; ALICIA CHAVEZ; DANIELLE WOJTOWICZ; MICHAEL WOOD; DORA SANTILLANES; CASSANDRA ELLIS; JACOB ELLIS; JACOB JUAREZ; BENJAMIN DEIS; MIGUEL CANTU; DONNA PRICE; ARGENTINA PEREZ; CHARLES WESLEY PEOPLES; CORRIE/CORNELIA STUDDARD; BRENNAN RILEY; RACHAEL WATERS; ELZENA HARRIS; MAURICE HARRIS; SUNSHYNE POWELL, individually and as parent and natural guardian of K.P., minor child; WENDELL BURNETT; DORIS GUILIANI; KEITH ORCUTT; OSCAR CARRERA; TABITHA STARKS; LENYON STARKS; RITA MACHIN; CARLOS MACHIN; DOROTHY WETZEL; SHERRY HUNTER, individually and as parent and natural guardian of B.H., minor child; ROBERT FORD; BOBBY WINFIELD; VIVIAN WINFIELD; BRANDON WARD; ANTOINEE BENJAMIN, individually and as parent and natural guardian of A.B.1. , and A.B.2 minor children; MONIQUE BORRERO-RIVERA; ARNALDO BORRERO-RIVERA; DAWN HUSTON; ANDREW WOOD; KIMBERLEY WILSON; JANIE IVES; JAMES WASHINGTON; SHERA GOTTLOB; DELORES STROH; KAYLA DOUGHTY; IRA BLOODWORTH; GAMAL LAWRENCE; JOAN MARIE NICHOLS; HEATHER GORMAN; SAMANTHA STAPLETON; SABINE STAPLETON; RITA JEFFRIES; TINA GLUNT; JAMES GLUNT; RITA LANDERS; GENE WILSON; JANE CHADIMA; CHARLINE LOEWENSTEIN; SHERRY QUINLIVAN; CHASTITY BUNN; GUADALUPE VERA; JUANITA USEMAN;

BILLIE FRANKLAND; BOBBY BERRY; KELLEY CONNERS; KEVIN CONNERS; DAVID JOHNS; THEODORE JOHNSON; BECKY STEEVES; ALINA MATHEWS, individually and as parent and natural guardian of E.W., and F.W., minor children; TRAPPER MATHEWS; SHANNON ANTHONY; BILLY ANTHONY; DARREN HUNT; DARREN BROWN; KELLY DUNCAN-MARCUM; MARIE CLARK; BEVERLY BROWN; ERIN HUTCHINSON, individually and as parent and natural guardian of J.H., minor child; MICHELLE GREENLEE; ARTHUR GREEN; KIMBERLY AUSTIN, individually and as parent and natural guardian of J.A., minor child; DEBRA BRESCIANI; JAMES ANDREWS; SCOTT ST.ONGE; ROBERT DEWITT; CAROLE GREEN; and KEVIN DAIGLE,

*Plaintiffs*,

v.

THE 3M COMPANY, f/k/a Minnesota Mining and Manufacturing, Co.; TYCO FIRE PRODUCTS, L.P., successor in interest to THE ANSUL COMPANY; BUCKEYE FIRE EQUIPMENT CO.; CHEMGUARD; NATIONAL FOAM, INC.; KIDDE FIRE FIGHTING, INC., f/k/a CHUBB NATIONAL FOAM, INC., f/k/a NATIONAL FOAM, INC., individually and as successor in interest to NATIONAL FOAM, INC.; KIDDE PLC, INC., f/k/a WILLIAMS US INC., f/k/a WILLIAMS HOLDINGS, INC., individually and as successor in interest to NATIONAL FOAM, INC.; KIDDE-FENWAL, INC., individually and as successor in interest to NATIONAL FOAM, INC.; and UTC FIRE & SECURITY AMERICAS CORPORATION, INC., f/k/a GE INTERLOGIX, INC., individually and as successor in interest to NATIONAL FOAM, INC.;

*Defendants*.

**ENTRY OF APPEARANCE OF MICHAEL W. MCDIVITT**

To the Clerk of Court and All Parties of Record:

I, Michael W. McDivitt, of McDivitt Law Firm, hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for: Plaintiffs, Veronica Oquendo; Wol Smith; Michael Smith; Joan Rushay; Thomas Larsen; Rosa Taylor; Stenetha Hall; Rose Beam; Todd Gensmer; Justin Weathers; Paul Bennie; David Sandager; Amy Sandager; Walter Mcgrew; Clinton Walter; Shannon Walter; Matthew Whittaker; Edward Whittaker; Phillip Howe; Janida Rosado; Caroline Gallegos; Matthias Black; Lewis Garnett; Susan Smith; Julia Kuhn; Richard Flores; Shelly Snethen; Amy Dague; Rose Machuca; Eileen House; Cashmyir Scott; Michelle Gonzalez; Rhonda Alvarado; Donna Van Hoose; Stuart Hearn; Augusta Jordan; Donna Hearn; Alonzo Abeyta; Joseph Daugherty; Carolann Vigil; Lisa Schmidt; Nicole Paine; Michelle Swinton; Trudy Tagstrom; Amelia Rubio; Harnek Sahota; Carol Putzi; Rebecca Barnes; Richard Cook; Fitz Bannister; Mary Mahon; Timothy Mahon; Bonnie Larscheid; Kathy Maximenko; Deborah Mccarty; David Mccarty; Michael Childers; Linda Jones; Dana Bright; Brandon Herrera; Ronald Wilson; John Bell; Myrna Perez; Patricia Glacken; Cynthia Gilder, individually and as parent and natural guardian of M.G.1, M.G.2, and M.G.3, minor children; Mary Staton; Michael Staton; Angela Polk, individually and as parent and natural guardian of A.P., R.P., M.P., and H.P., minor children; Valentina Wolfkill; John Cuellar; Leslie Perez, individually and as parent and natural guardian of T.G., minor child; Analisa Whittaker; James Cook; Debra Ann Perricone; Robert Weedman; Monique Babers; Tracy Babers; Lionel Martinez; Geraldine Martinez; Daniel Peterson; Shirley Peterson; Chiquita Stewart; Nicholas Villegas; Ginger

Cordova; Angelina Jaramillo; Alicia Chavez; Danielle Wojtowicz; Michael Wood; Dora Santillanes; Cassandra Ellis; Jacob Ellis; Jacob Juarez; Benjamin Deis; Miguel Cantu; Donna Price; Argentina Perez; Charles Wesley Peoples; Corrie/Cornelia Studdard; Brennan Riley; Rachael Waters; Elzena Harris; Maurice Harris; Sunshyne Powell, individually and as parent and natural guardian of K.P., minor child; Wendell Burnett; Doris Guiliani; Keith Orcutt; Oscar Carrera; Tabitha Starks; Lenyon Starks; Rita Machin; Carlos Machin; Dorothy Wetzel; Sherry Hunter, individually and as parent and natural guardian of B.H., minor child; Robert Ford; Bobby Winfield; Vivian Winfield; Brandon Ward; Antoinee Benjamin, individually and as parent and natural guardian of A.B.1., and A.B.2 minor children; Monique Borrero-Rivera; Arnaldo Borrero-Rivera; Dawn Huston; Andrew Wood; Kimberley Wilson; Janie Ives; James Washington; Shera Gottlob; Delores Stroh; Kayla Doughty; Ira Bloodworth; Gamal Lawrence; Joan Marie Nichols; Heather Gorman; Samantha Stapleton; Sabine Stapleton; Rita Jeffries; Tina Glunt; James Glunt; Rita Landers; Gene Wilson; Jane Chadima; Charline Loewenstein; Sherry Quinlivan; Chastity Bunn; Guadalupe Vera; Juanita Useman; Billie Frankland; Bobby Berry; Kelley Conners; Kevin Conners; David Johns; Theodore Johnson; Becky Steeves; Alina Mathews, individually and as parent and natural guardian of E.W., and F.W., minor children; Trapper Mathews; Shannon Anthony; Billy Anthony; Darren Hunt; Darren Brown; Kelly Duncan-Marcum; Marie Clark; Beverly Brown; Erin Hutchinson, individually and as parent and natural guardian of J.H., minor child; Michelle Greenlee; Arthur Green; Kimberly Austin, individually and as parent and natural guardian of J.A., minor child; Debra Bresciani; James Andrews; Scott St.Onge; Robert Dewitt; Carole Green; and Kevin Daigle.

Dated: June 27, 2018                              Respectfully Submitted,


                                                               /s/ Michael W. McDivitt
                                                               **McDivitt Law Firm**
                                                               19 E. Cimarron Street
                                                               Colorado Springs, CO 80903
                                                               T: (719) 417-3700
                                                               F: (719) 471-9782
                                                               Email: litigation@mcdivittlaw.com