**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-1281-PAB

ROBERT GARCIA, individually and as parent and natural guardian of R.G., minor child; MONICA GARCIA; DEBRA FRANCE; NICHOLAS MARSH; LANI MARSH; NEIL MARSH; ELIZABETH BARRIENTES; AMY CLAAR; ISABEL PACHECO; ANNETTE Y TELLES; LAUREN STARSKI; KERRY THOMAS; JENNIFER FERRELL; MARCIA GIECK; SAMUEL GIECK; TODOSSII SHORT; PAUL PRESTA; DIANNA KYLE; KRYSTAL KYLE; ZACHARY MCDONALD; HEATHER MICHAUD; ANNELIE BERGERON; ARLENE CANO; STACEY POTTS, individually and as parent and natural guardian of F.S., minor child; CHRISTOPHER LANG; MIGUEL PEREZ, SR.; CHARTRESE TUTHILL, individually and as parent and natural guardian of L.C., minor child; DAVID MESSENGER; DOUG REDLIN; PHILLIP RASH; NATASHA SCARLETT; DWIGHT SCARLETT; DAVID PLOWMAN; JESSICA COSTLOW; CAROL COSTLOW; DARRELL COUGHLIN; TAMARA HIRSCH; CASSANDRA TIJERINA, individually and as parent and natural guardian of G.T., M.T., and J.T., minor children; CATHY LAWRENCE; BRADLEY BIRKS; BUD COOK; SHAELYNE BRADY; NEOMA RODRIGUEZ; BRICE KADEL; WILLIAM MABIE; JOE BECHIOM; DOUGLAS JARVIS; BENJAMIN SELBY; TIMOTHY SELBY; DARNELLE SELBY; ANTHONY D'MYTRO; SHAWNDRA JONES; ALFRED ALVAREZ; ERROLYN QUAIEL; THOMAS QUAIEL; RACHEL RICH; THOMAS STANCIL; JENNIFER JASON; WILMA STRACHAN; WILLIAM STRACHAN; JEREMY INGMAN; JENNIFER LYON, individually and as parent and natural guardian of J.L., minor child; PATRICIA BURKEPILE; THOMAS KLASING; SABRINA MULFORD; SUSANNE FAUSON; ROBERT MCCULLOUGH; DERRELL GORDON;

CHRIS MART; RICO RAMOS; MANDY MIDDLETON; JOHN HOOSER, individually and as parent and natural guardian of J.H., minor child; WYATT BONNER; ANGELA MIDDLESTADT-NUKES, individually and as parent and natural guardian of A.M., minor child; ANGELA MIDDLESTADT-NUKES, individually and as parent and natural guardian of Z.M., minor child; RAYNA SHEAFFER; CALEB SNYDER; JIMMY MONTOYA; LUZ MORALES; ELBERTO LOPEZ; SHIRLEY MATHIS; JESSICA SCHAULE; ROSALINDA VILLALOBOS, individually and as parent and natural guardian of B.D., minor child; PHILLIP DELATORRE; LATANYA BROWN; CARMEN ROCHA; CARRIE PETERSEN; BRIAN CATHEY; RICHARD PETERSEN-TRUJILLO; LANDIS TEMPLE; NICHOLAS PORTER; MICHAEL PETERSON, individually and as parent and natural guardian of I.P., minor child; LANCE LOFFINIK; DAVID LASTER; VALERIE LASTER; DOUGLAS ZINN; AIMEE CARROLL, individually and as parent and natural guardian of A.K., and G.K., minor children; CECELIA SANDOVOL, individually and as parent and natural guardian of N.L. and A.L., minor children; ZACHARY FINLEY; GLORIA HOYT; KENYATTA LOWERY, individually and as parent and natural guardian of R.P., minor child; DAVID HATHCOCK; ROBERT BABCOCK; CHARLES FLETCHER; RICHARD VALLE; EARNEST BROWN; SHAWN TINSLEY, individually and as parent and natural guardian of T.T., minor child; JAMES TYLER EPPERSON; LORI LOVATO; DANNY LOVATO; WILLIAM SAILOR, JR., individually and as parent and natural guardian of C.S. and B.S., minor children; SAUL MACIAS; VALERIE KING; TIFFANY BOUSFIELD, individually and as parent and natural guardian of G.B., minor child; JAMES CASTRO; AMANDA CONTRERAS; ROBERT MCDERMOTT; CHRISTOPHER KOTA; CASSIDY DEARINGER; STEPHANIE PAYNE; LUWANNA LAZO HERNANDEZ, individually and as parent and natural guardian of I.L., minor

child; MARIO LAZO HERNANDEZ; ALANA MARIA MITCHELL; VICTORIA LITSCOMB; JUDY NEAL; CARLA GOOD; ANDREA MACHOLZ, individually and as parent and natural guardian of A.M., minor child; AMANDA ERMAN, individually and as parent and natural guardian of L.R., A.G. and J.E., minor children; SHENIQUE WASHINGTON; ALEX PORTER; MICHAEL KRAEMER; WALTRAUD MICKELSON; MARK IGOU JR., individually and as parent and natural guardian of P.I., A.Q., J.I., and M.I., minor children; AMANDA CAFFEY; LANIYAH JINKINS; DEJA JINKINS; MICHELLE DAVIS; MICHAEL WESSELL; CASSI BOTHEL; BRIDGETTE SWANEY; TYSON CATTOOR; MELISSA WILSON; JUSTIN SNEAD; MARIE MIRENDA; WANDA COLE; JOANNE CHAVEZ; KIM LOOK; DEANA JULIAN; CHRISTOPHER ELLENBURG; SHEVAWN BASYE; KVIA CORNETT; TONYA WRIGHT; PERRY JOHNSON; ANYA SOARES; JEREMI SPAKE; CORY HOLT; KIMBERLY SAWYERS; DORA GALLEGOS; DARRELL JIRON; JACKI MOORE; JESSIE JONES; STEPHEN KNAPP; ANGELIC CARRASQUILLO; CARLTON WHITNEY; SHYANNA RAINS; TYLER RAINS; ANGELA FORD; MAGGIE POLLEY; PATRICK POLLEY; SHERYL DEKEN-MARTINEZ, individually and as parent and natural guardian of A.M., minor child; MARY LAWRENCE; WILLIAM CRISPIN; JOSUE JUVERA; AMBER DORE, individually and as parent and natural guardian of K.D., minor child; TIARA HARRIS; TARENA ANDERSON, individually and as parent and natural guardian of T.J., T.H.1, T.H.2., and T.A., minor children; and SARAH CERDA, individually and as parent and natural guardian of J.C.1, J.C.2, V.C., L.C., and T.C., minor children;

*Plaintiffs*,
v.

THE 3M COMPANY, f/k/a Minnesota Mining and

Manufacturing, Co.; TYCO FIRE PRODUCTS, L.P., successor in interest to THE ANSUL COMPANY; BUCKEYE FIRE EQUIPMENT CO.; CHEMGUARD; NATIONAL FOAM, INC.; KIDDE FIRE FIGHTING, INC., f/k/a CHUBB NATIONAL FOAM, INC., f/k/a NATIONAL FOAM, INC., individually and as successor in interest to NATIONAL FOAM, INC.; KIDDE PLC, INC., f/k/a WILLIAMS US INC., f/k/a WILLIAMS HOLDINGS, INC., individually and as successor in interest to NATIONAL FOAM, INC.; KIDDE-FENWAL, INC., individually and as successor in interest to NATIONAL FOAM, INC.; and UTC FIRE & SECURITY AMERICAS CORPORATION, INC., f/k/a GE INTERLOGIX, INC., individually and as successor in interest to NATIONAL FOAM, INC.;

*Defendants.*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Chemguard
   One Stanton Street
   Marinette, Wisconsin 54143

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Hunter Shkolnik
   Napoli Shkolnik PLLC
   360 Lexington Avenue, 11th Floor
   New York, NY 10017
   Hunter@NapoliLaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF THE COURT*

Date: 08/01/2018

s. s. phillips

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-01167

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: