# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:18-cv-01281

VERONICA OQUENDO; WOL SMITH;
MICHAEL SMITH; JOAN RUSHAY;
THOMAS LARSEN; ROSA TAYLOR;
STENETHA HALL; ROSE BEAM; TODD
GENSMER; JUSTIN WEATHERS; PAUL
BENNIE; DAVID SANDAGER; AMY
SANDAGER; WALTER MCGREW;
CLINTON WALTER; SHANNON WALTER;
MATTHEW WHITTAKER; EDWARD
WHITTAKER; PHILLIP HOWE; JANIDA
ROSADO; CAROLINE GALLEGOS;
MATTHIAS BLACK; LEWIS GARNETT;
SUSAN SMITH; JULIA KUHN; RICHARD
FLORES; SHELLY SNETHEN; AMY
DAGUE; ROSE MACHUCA; EILEEN
HOUSE; CASHMYIR SCOTT; MICHELLE
GONZALEZ; RHONDA ALVARADO;
DONNA VAN HOOSE; STUART HEARN;
AUGUSTA JORDAN; DONNA HEARN;
ALONZO ABEYTA; JOSEPH DAUGHERTY;
CAROLANN VIGIL; LISA SCHMIDT;
NICOLE PAINE; MICHELLE SWINTON;
TRUDY TAGSTROM; AMELIA RUBIO;
HARNEK SAHOTA; CAROL PUTZI;
REBECCA BARNES; RICHARD COOK; FITZ
BANNISTER; MARY MAHON; TIMOTHY
MAHON; BONNIE LARSCHEID; KATHY
MAXIMENKO; DEBORAH MCCARTY;
DAVID MCCARTY; MICHAEL CHILDERS;
LINDA JONES; DANA BRIGHT; BRANDON
HERRERA; RONALD WILSON; JOHN BELL;
MYRNA PEREZ; PATRICIA GLACKEN;
CYNTHIA GILDER, individually and as parent
and natural guardian of M.G.1, M.G.2, and
M.G.3, minor children; MARY STATON;
MICHAEL STATON; ANGELA POLK,
individually and as parent and natural guardian
of A.P., R.P., M.P., and H.P., minor children;
VALENTINA WOLFKILL; JOHN CUELLAR;

LESLIE PEREZ, individually and as parent and
natural guardian of T.G., minor child;
ANALISA WHITTAKER; JAMES COOK;
DEBRA ANN PERRICONE; ROBERT
WEEDMAN; MONIQUE BABERS; TRACY
BABERS; LIONEL MARTINEZ; GERALDINE
MARTINEZ; DANIEL PETERSON; SHIRLEY
PETERSON; CHIQUITA STEWART;
NICHOLAS VILLEGAS; GINGER
CORDOVA; ANGELINA JARAMILLO;
ALICIA CHAVEZ; DANIELLE WOJTOWICZ;
MICHAEL WOOD; DORA SANTILLANES;
CASSANDRA ELLIS; JACOB ELLIS; JACOB
JUAREZ; BENJAMIN DEIS; MIGUEL
CANTU; DONNA PRICE; ARGENTINA
PEREZ; CHARLES WESLEY PEOPLES;
CORRIE/CORNELIA STUDDARD;
BRENNAN RILEY; RACHAEL WATERS;
ELZENA HARRIS; MAURICE HARRIS;
SUNSHYNE POWELL, individually and as
parent and natural guardian of K.P., minor child;
WENDELL BURNETT; DORIS GUILIANI;
KEITH ORCUTT; OSCAR CARRERA;
TABITHA STARKS; LENYON STARKS;
RITA MACHIN; CARLOS MACHIN;
DOROTHY WETZEL; SHERRY HUNTER,
individually and as parent and natural guardian
of B.H., minor child; ROBERT FORD; BOBBY
WINFIELD; VIVIAN WINFIELD; BRANDON
WARD; ANTOINEE BENJAMIN, individually
and as parent and natural guardian of A.B.1. ,
and A.B.2 minor children; MONIQUE
BORRERO-RIVERA; ARNALDO BORRERO-
RIVERA; DAWN HUSTON; ANDREW
WOOD; KIMBERLEY WILSON; JANIE IVES;
JAMES WASHINGTON; SHERA GOTTLOB;
DELORES STROH; KAYLA DOUGHTY; IRA
BLOODWORTH; GAMAL LAWRENCE;
JOAN MARIE NICHOLS; HEATHER
GORMAN; SAMANTHA STAPLETON;
SABINE STAPLETON; RITA JEFFRIES;
TINA GLUNT; JAMES GLUNT; RITA
LANDERS; GENE WILSON; JANE
CHADIMA; CHARLINE LOEWENSTEIN;
SHERRY QUINLIVAN; CHASTITY BUNN;
GUADALUPE VERA; JUANITA USEMAN;

BILLIE FRANKLAND; BOBBY BERRY;
KELLEY CONNERS; KEVIN CONNERS;
DAVID JOHNS; THEODORE JOHNSON;
BECKY STEEVES; ALINA MATHEWS,
individually and as parent and natural guardian
of E.W., and F.W., minor children; TRAPPER
MATHEWS; SHANNON ANTHONY; BILLY
ANTHONY; DARREN HUNT; DARREN
BROWN; KELLY DUNCAN-MARCUM;
MARIE CLARK; BEVERLY BROWN; ERIN
HUTCHINSON, individually and as parent and
natural guardian of J.H., minor child;
MICHELLE GREENLEE; ARTHUR GREEN;
KIMBERLY AUSTIN, individually and as
parent and natural guardian of J.A., minor child;
DEBRA BRESCIANI; JAMES ANDREWS;
SCOTT ST.ONGE; ROBERT DEWITT;
CAROLE GREEN; and KEVIN DAIGLE,

*Plaintiffs*,

v.

THE 3M COMPANY, f/k/a Minnesota Mining
and Manufacturing, Co.; TYCO FIRE
PRODUCTS, L.P., successor in interest to THE
ANSUL COMPANY; BUCKEYE FIRE
EQUIPMENT CO.; CHEMGUARD;
NATIONAL FOAM, INC.; KIDDE FIRE
FIGHTING, INC., f/k/a CHUBB NATIONAL
FOAM, INC., f/k/a NATIONAL FOAM, INC.,
individually and as successor in interest to
NATIONAL FOAM, INC.; KIDDE PLC, INC.,
f/k/a WILLIAMS US INC., f/k/a WILLIAMS
HOLDINGS, INC., individually and as
successor in interest to NATIONAL FOAM,
INC.; KIDDE-FENWAL, INC., individually and
as successor in interest to NATIONAL FOAM,
INC.; and UTC FIRE & SECURITY
AMERICAS CORPORATION, INC., f/k/a GE
INTERLOGIX, INC., individually and as
successor in interest to NATIONAL FOAM,
INC.;

*Defendants*.

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to D.C. Colo. L.Atty. R. 5(b) Kelly A. Hyman respectfully moves the Court for leave to withdraw her appearance as counsel on behalf of Plaintiffs Veronica Oquendo; Wol Smith; Michael Smith; Joan Rushay; Thomas Larsen; Rosa Taylor; Stenetha Hall; Rose Beam; Todd Gensmer; Justin Weathers; Paul Bennie; David Sandager; Amy Sandager; Walter Mcgrew; Clinton Walter; Shannon Walter; Matthew Whittaker; Edward Whittaker; Phillip Howe; Janida Rosado; Caroline Gallegos; Matthias Black; Lewis Garnett; Susan Smith; Julia Kuhn; Richard Flores; Shelly Snethen; Amy Dague; Rose Machuca; Eileen House; Cashmyir Scott; Michelle Gonzalez; Rhonda Alvarado; Donna Van Hoose; Stuart Hearn; Augusta Jordan; Donna Hearn; Alonzo Abeyta; Joseph Daugherty; Carolann Vigil; Lisa Schmidt; Nicole Paine; Michelle Swinton; Trudy Tagstrom; Amelia Rubio; Harnek Sahota; Carol Putzi; Rebecca Barnes; Richard Cook; Fitz Bannister; Mary Mahon; Timothy Mahon; Bonnie Larscheid; Kathy Maximenko; Deborah Mccarty; David Mccarty; Michael Childers; Linda Jones; Dana Bright; Brandon Herrera; Ronald Wilson; John Bell; Myrna Perez; Patricia Glacken; Cynthia Gilder, individually and as parent and natural guardian of M.G.1, M.G.2, and M.G.3,  minor children; Mary Staton; Michael Staton; Angela Polk, individually and as parent and natural guardian of A.P., R.P., M.P., and H.P., minor children; Valentina Wolfkill; John Cuellar; Leslie Perez, individually and as parent and natural guardian of T.G., minor child; Analisa Whittaker; James Cook; Debra Ann Perricone; Robert Weedman; Monique Babers; Tracy Babers; Lionel Martinez; Geraldine Martinez; Daniel Peterson; Shirley Peterson; Chiquita Stewart; Nicholas Villegas; Ginger Cordova; Angelina Jaramillo; Alicia Chavez; Danielle Wojtowicz; Michael Wood; Dora Santillanes; Cassandra Ellis; Jacob

Ellis; Jacob Juarez; Benjamin Deis; Miguel Cantu; Donna Price; Argentina Perez; Charles Wesley Peoples; Corrie/Cornelia Studdard; Brennan Riley; Rachael Waters; Elzena Harris; Maurice Harris; Sunshyne Powell, individually and as parent and natural guardian of K.P., minor child; Wendell Burnett; Doris Guiliani; Keith Orcutt; Oscar Carrera; Tabitha Starks; Lenyon Starks; Rita Machin; Carlos Machin; Dorothy Wetzel; Sherry Hunter, individually and as parent and natural guardian of B.H., minor child; Robert Ford; Bobby Winfield; Vivian Winfield; Brandon Ward; Antoinee Benjamin, individually and as parent and natural guardian of A.B.1. , and A.B.2 minor children; Monique Borrero-Rivera; Arnaldo Borrero-Rivera; Dawn Huston; Andrew Wood; Kimberley Wilson; Janie Ives; James Washington; Shera Gottlob; Delores Stroh; Kayla Doughty; Ira Bloodworth; Gamal Lawrence; Joan Marie Nichols; Heather Gorman; Samantha Stapleton; Sabine Stapleton; Rita Jeffries; Tina Glunt; James Glunt; Rita Landers; Gene Wilson; Jane Chadima; Charline Loewenstein; Sherry Quinlivan; Chastity Bunn; Guadalupe Vera; Juanita Useman; Billie Frankland; Bobby Berry; Kelley Conners; Kevin Conners; David Johns; Theodore Johnson; Becky Steeves; Alina Mathews, individually and as parent and natural guardian of E.W., and F.W., minor children; Trapper Mathews; Shannon Anthony; Billy Anthony; Darren Hunt; Darren Brown; Kelly Duncan-Marcum; Marie Clark; Beverly Brown; Erin Hutchinson, individually and as parent and natural guardian of J.H., minor child; Michelle Greenlee; Arthur Green; Kimberly Austin, individually and as parent and natural guardian of J.A., minor child; Debra Bresciani; James Andrews; Scott St.Onge; Robert Dewitt; Carole Green; and Kevin Daigle (hereinafter "Plaintiffs"). In support thereof, undersigned states as follows:

1.      There is good cause for Ms. Hyman to withdraw because she is leaving the employ of McDivitt Law Firm. No prejudice will result due to counsel's withdrawal as Plaintiffs will

continue to be represented by Michael W. McDivitt and Michael David Eric McDivitt of McDivitt Law Firm, P.C., and Patrick James Lanciotti, of Napoli Shkolnik PLLC.

2. Plaintiffs have been provided notice by electronic and/or first-class mail of this withdrawal and they are advised that they remain responsible for complying with all court orders and time limitations established by applicable statutes and rules.

3. A proposed order is attached for the convenience of the court.

Respectfully submitted this 27th day of August, 2018.

*/s/ Kelly A. Hyman*
**McDivitt Law Firm**
19 E. Cimarron Street
Colorado Springs, CO 80903
T: (719) 417-3700
F: (719) 471-9782
Email: litigation@mcdivittlaw.com

## **CERTIFICATE OF SERVICE**

I certify that on this 27th day of August, 2018, I electronically filed the foregoing with the Court using the CM/ECF system, and served the same via the CM/ECF system.  I further certify that a copy of the foregoing was served upon Plaintiffs via electronic and/or first-class mail.


*/s/ Nicole L. Nasution*

Nicole L. Nasution